Barry Berke, *admitted pro hac vice*
  bberke@gibsondunn.com
Darren LaVerne, *admitted pro hac vice*
  dlaverne@gibsondunn.com
Daniel Ketani, *admitted pro hac vice*
  dketani@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Michael D. Celio (SBN 197998)
  mcelio@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Counsel for Defendant Daniel J. Beck*

*Additional Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR SILICON VALLEY BANK,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY BECKER, DANIEL BECK, MARC CADIEUX, MICHAEL DESCHENEAUX, MICHAEL KRUSE, LAURA IZURIETA, ERIC BENHAMOU, ROGER DUNBAR, JOEL FRIEDMAN, MARY MILLER, KATE MITCHELL, BEVERLY MATTHEWS, GAREN STAGLIN, ELIZABETH BURR, RICHARD DANIELS, ALISON DAVIS, AND JEFFREY MAGGIONCALDA,<br><br>Defendants. | CASE NO. 5:25-cv-00569-NW<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE ON MOTION TO DISMISS**<br><br>The Honorable Noël Wise |

Pursuant to Local Civil Rule 6-1(a), Defendants Gregory Becker, Daniel Beck, Marc Cadieux, Michael Descheneaux, Michael Kruse, Laura Izurieta, Eric Benhamou, Roger Dunbar, Joel Friedman, Mary Miller, Kate Mitchell, Beverly Matthews, Garen Staglin, Elizabeth Burr, Richard Daniels, Alison Davis, and Jeffrey Maggioncalda (collectively, "Defendants"), and Plaintiff Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank ("Plaintiff," together with Defendants, the "Parties"), by and through their respective counsel, hereby stipulate and agree to the following:

**WHEREAS**, on January 16, 2025, Plaintiff filed a Complaint against Defendants in the United States District Court for the Northern District of California;

**WHEREAS**, Defendants have waived service and must answer or respond to the Complaint on or by March 17, 2025;

**WHEREAS**, some or all of the Defendants may move to dismiss the Complaint;

**WHEREAS**, pursuant to Civil Local Rule 6-1(a), the Parties have agreed that the deadline to respond to the Complaint for all Defendants will be April 16, 2025, so as to allow sufficient time for the efficient coordination of possible motions to dismiss among the numerous defendants in this action; and

**WHEREAS**, the Parties have not requested any prior extensions in this case.

**THEREFORE**, the Parties hereby stipulate as follows:

Defendants' deadline to respond to Plaintiff's Complaint will be April 16, 2025.

**IT IS SO STIPULATED.**

Dated:  March 3, 2025                           **GIBSON, DUNN & CRUTCHER LLP**

                                                /s/ *Darren LaVerne*

                                                BARRY BERKE, *admitted pro hac vice*
                                                (bberke@gibsondunn.com)
                                                DARREN LAVERNE, *admitted pro hac vice*
                                                (dlaverne@gibsondunn.com)
                                                DANIEL KETANI, *admitted pro hac vice*
                                                (dketani@gibsondunn.com)
                                                200 Park Avenue
                                                New York, NY 10166-0193
                                                Tel: (212) 351-4000
                                                Fax: (212) 351-4035

                                                MICHAEL D. CELIO
                                                (mcelio@gibsondunn.com)

|   |   |   |
|---|---|---|
| 1 |   | One Embarcadero Center, Suite 2600 |
| 2 |   | San Francisco, CA 94111-3715<br>Tel: (415) 393-8200<br>Fax: (415) 393-8306 |
| 3 |   |   |
| 4 |   | *Counsel for Defendant Daniel J. Beck* |
|   | Dated:  March 3, 2025 | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| 5 |   |   |
| 6 |   | */s/ James N. Kramer*<br>JAMES N. KRAMER |
| 7 |   | (jkramer@orrick.com)<br>405 Howard Street |
| 8 |   | San Francisco, CA 94105-2669<br>Tel: (415) 773-5900<br>Fax: (415) 773-5759 |
| 9 |   |   |
| 10 |   | KEVIN M. ASKEW<br>(kaskew@orrick.com) |
| 11 |   | 355 S. Grand Ave.<br>27th Floor |
| 12 |   | Los Angeles, CA 90071<br>Tel: (213) 629-2020 |
| 13 |   | JAMES D. HOUGHTON, *admitted pro hac vice* |
| 14 |   | (jhoughton@orrick.com)<br>222 Berkeley Street |
| 15 |   | Suite 2000<br>Boston, MA 02116 |
| 16 |   | Tel: 617-880-1923<br>Fax: 617-880-1801 |
| 17 |   | *Counsel for Defendant Gregory W. Becker* |
| 18 | Dated:  March 3, 2025 | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 19 |   |   |
| 20 |   | */s/ Philip D. Anker*<br>PHILIP D. ANKER, *admitted pro hac vice* |
| 21 |   | (philip.anker@wilmerhale.com)<br>Philip D. Anker |
| 22 |   | 7 World Trade Center<br>250 Greenwich Street |
| 23 |   | New York, NY 10007<br>Tel: (212) 230-8890 |
| 24 |   | LORRAINE BEAMAN ECHAVARRIA |
| 25 |   | (lori.echavarria@wilmerhale.com)<br>Lorraine Beaman Echavarria |
| 26 |   | 350 South Grand Avenue<br>Suite 2400 |
| 27 |   | Los Angeles, CA 90071<br>Tel: (213) 443-5325 |
| 28 |   | MICHAEL A. MUGMON<br>(michael.mugmon@wilmerhale.com) |

|  |  |
|---|---|
|  | CALEB JONATHAN LIN<br>(caleb.lin@wilmerhale.com)<br>50 California Street<br>Ste 3600<br>San Francisco, CA 94111<br>Tel: (628) 235-1000<br>Fax: (628) 235-1001<br><br>*Counsel for Defendants Eric Benhamou, Roger Dunbar, Joel Friedman, Mary Miller, Kate Mitchell, Beverly Matthews, Garen Staglin, Elizabeth Burr, Richard Daniels, Alison Davis, Jeffrey Maggioncalda* |
| Dated:  March 3, 2025 | **LATHAM & WATKINS LLP**<br><br>*/s/ Christopher L. Garcia*<br>CHRISTOPHER L. GARCIA, *admitted pro hac vice*<br>(christopher.garcia@lw.com)<br>RAQUEL KELLERT, *admitted pro hac vice*<br>(raquel.kellert@lw.com)<br>MATTHEW P. VALENTI, *admitted pro hac vice*<br>(matthew.valenti@lw.com)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Tel: (212) 906-1200<br>Fax: (212) 751-4864<br><br>ALEXANDER WYMAN<br>(alex.wyman@lw.com)<br>355 S. Grand Avenue<br>Ste 100<br>Los Angeles, CA 90071<br>Tel: (213) 485-1234<br><br>*Counsel for Defendant Michael Kruse* |
| Dated:  March 3, 2025 | **MORRISON & FOERSTER LLP**<br><br>*/s/ Jordan Eth*<br>JORDAN ETH<br>(jeth@mofo.com)<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Tel: (415) 268-7126<br>Fax: (415) 268-7522<br><br>JAMIE A. LEVITT, *admitted pro hac vice*<br>(jlevitt@mofo.com)<br>250 West 55th Street<br>New York, NY 10019<br>Tel: (212) 468-8000<br>Fax: (212) 468-7900<br><br>*Counsel for Defendant Marc Cadieux* |

| | | |
|---|---|---|
| 1 | Dated: March 3, 2025 | **HOGAN LOVELLS US LLP** |
| 2 | | */s/ Peter G. Spivack* |
| | | PETER G. SPIVACK |
| 3 | | (peter.spivack@hoganlovells.com) |
| | | 555 13th Street, NW |
| 4 | | Washington, DC 20004 |
| | | Tel: (202) 637-5631 |
| 5 | | |
| 6 | | MEGAN R. NISHIKAWA |
| | | (megan.nishikawa@hoganlovells.com) |
| 7 | | 4 Embarcadero Center, Suite 3500 |
| | | San Francisco, CA 94111 |
| 8 | | Tel: (415) 374-2300 |
| 9 | | NICHOLAS LAURIDSEN |
| | | (nicholas.lauridsen@hoganlovells.com) |
| 10 | | 1999 Avenue of the Stars |
| | | Suite 1400 |
| 11 | | Los Angeles, CA 90067 |
| | | Tel: (310) 785-4736 |
| 12 | | *Counsel for Defendant Michael Descheneaux* |
| 13 | Dated: March 3, 2025 | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| 14 | | |
| 15 | | */s/ Mark R.S. Foster* |
| | | MARK R.S. FOSTER |
| 16 | | (mark.foster@skadden.com) |
| | | 525 University Avenue |
| 17 | | Palo Alto, CA 94301 |
| | | Tel: (650) 470-4580 |
| 18 | | DAVID MEISTER, *admitted pro hac vice* |
| | | (david.meister@skadden.com) |
| 19 | | One Manhattan West |
| | | New York, NY 10001-8602 |
| 20 | | Tel: (212) 735-2100 |
| 21 | | ANITA B. BANDY, *admitted pro hac vice* |
| | | (anita.bandy@skadden.com) |
| 22 | | 1440 New York Avenue, N.W. |
| | | Washington, DC 20005 |
| 23 | | Tel: (202) 371-7570 |
| | | Fax: (202) 393-5760 |
| 24 | | |
| 25 | | ABIGAIL ELIZABETH DAVIS, *admitted pro hac vice* |
| | | (abigail.sheehan@skadden.com) |
| 26 | | 1000 Louisiana Street, Suite 6800 |
| | | Houston, TX 77002 |
| 27 | | Tel: (713) 655-5120 |
| 28 | | *Counsel for Defendant Laura Izurieta* |

| | |
|---|---|
| Dated:  March 3, 2025 | **BAILEY GLASSER LLP** |
| | */s/ Stephen Sorensen* |
| | STEPHEN SORENSEN |
| | (ssorensen@baileyglasser.com) |
| | ELLIOTT MCGRAW |
| | (emcgraw@baileyglasser.com) |
| | 1055 Thomas Jefferson, Suite 540 |
| | Washington, DC 20007 |
| | Tel: (202) 463-2101 |
| | |
| | *Counsel for Plaintiff Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank* |
| | |
| | **ARENTFOX SCHIFF LLP** |
| | |
| | DAVID CHRISTOPHER GILES, *admitted pro hac vice* |
| | (david.giles@afslaw.com) |
| | LAWRENCE HEFTMAN, *admitted pro hac vice* |
| | (lawrence.heftman@afslaw.com) |
| | MICHAEL K. MOLZBERGER, *admitted pro hac vice* |
| | (michael.molzberger@afslaw.com) |
| | 233 South Wacker Drive, Suite 7100 |
| | Chicago, IL 60606 |
| | Tel: (312) 258-5500 |
| | |
| | LYNN R. FIORENTINO |
| | (lynn.fiorentino@afslaw.com) |
| | 44 Montgomery Street, 38th Floor |
| | San Francisco, CA 94104 |
| | Tel: (415) 757-5503 |
| | |
| | *Counsel for Plaintiff Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: March 3, 2025                         */s/ Darren LaVerne*

                                                        Darren LaVerne