Stephen Sorensen (SBN 199408)
Elliot McGraw (SBN 275613)
BAILEY GLASSER
1055 Thomas Jefferson, Suite 540
Washington, DC 20007
Phone: 202-463-2101
Email: ssorensen@baileyglasser.com
       emcgraw@baileyglassser.com

*Counsel to the Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank*

Lynn R. Fiorentino (SBN 226691)
44 Montgomery Street, 38th Floor
ARENTFOX SCHIFF LLP
San Francisco, CA 94104
Phone: 415-757-5500
Email: lynn.fiorentino@afslaw.com

Lawrence H. Heftman (*pro hac vice*)
David C. Giles (*pro hac vice*)
Michael K. Molzberger (*pro hac vice*)
ARENTFOX SCHIFF LLP
233 S. Wacker Dr., Suite 7100
Chicago, IL 60606
Phone: 312-258-500
Email: lawrence.heftman@afslaw.com
       david.giles@afslaw.com
       michael.molzberger@afslaw.com

*Counsel to the Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR SILICON VALLEY BANK,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY BECKER, DANIEL BECK, MARC CADIEUX, MICHAEL DESCHENEAUX, MICHAEL KRUSE, LAURA IZURIETA, ERIC BENHAMOU, ROGER DUNBAR, JOEL FRIEDMAN, MARY MILLER, KATE MITCHELL, BEVERLY MATTHEWS, GAREN STAGLIN, ELIZABETH BURR, RICHARD DANIELS, ALISON DAVIS, AND JEFFREY MAGGIONCALDA,<br><br>Defendants. | Case No. 5:25-cv-00569-NW<br><br>**FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR SILICON VALLEY BANK'S NOTICE OF FILING MADE IN ANOTHER ACTION**<br><br>Date: June 5, 2025<br>Time: 9:00 AM<br>Dept.: Courtroom Number 1 – 5th Floor<br>Judge: Honorable Beth Labson Freeman |

# NOTICE OF FILING MADE IN ANOTHER ACTION

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that on April 4, 2025, the Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank and Receiver for Silicon Valley Bridge Bank, N.A filed a motion to consolidate the above-captioned case with two already consolidated cases pending in this district before the Honorable Beth Labson Freeman: *SVB Financial Trust v. Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank et al.*, No. 5:24-cv-01321 and *SVB Financial Trust v. Federal Deposit Insurance Corporation in its Corporate Capacity*, No. 5:23-cv-06543-BLF. A copy of the notice of this motion, memorandum of points and authorities, and other supporting material filed with the motion are attached as Exhibit A.

Dated: April 4, 2025                                Respectfully submitted,

/s/ *Lawrence H. Heftman*

Lawrence H. Heftman (*pro hac vice*)
David C. Giles (*pro hac vice*)
Michael K. Molzberger (*pro hac vice*)
ARENTFOX SCHIFF LLP
233 S. Wacker Dr., Suite 7100
Chicago, IL 60606
Phone: 312-258-500
Email: lawrence.heftman@afslaw.com
         david.giles@afslaw.com
         michael.molzberger@afslaw.com

Stephen Sorensen (SBN 199408)
Elliot McGraw (SBN 275613)
BAILEY GLASSER
1055 Thomas Jefferson, Suite 540
Washington, DC 20007
Phone: 202-463-2101
Email: ssorensen@baileyglasser.com
         emcgraw@baileyglassser.com

Lynn R. Fiorentino (SBN 226691)
44 Montgomery Street, 38th Floor
ARENTFOX SCHIFF LLP
San Francisco, CA 94104
Phone: 415-757-5500
Email: lynn.fiorentino@afslaw.com

Attorneys for Plaintiff
FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR SILICON
VALLEY BANK

**NOTICE OF FILING MADE IN ANOTHER ACTION**