1  JORDAN ETH (SBN 121617)
   JEth@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street,
3  San Francisco, California 94105-2482
   Telephone:    415.268.7000
4  Facsimile:    415.268.7522

5  JAMIE A. LEVITT (*admitted pro hac vice*)
   JLevitt@mofo.com
6  MORRISON & FOERSTER LLP
   250 West 55th Street
7  New York, New York 10019-9601
   Telephone:    212.468.8000
8  Facsimile:    212.468.7900

9  Attorneys for Defendant
   MARC CADIEUX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for Silicon Valley Bank,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY BECKER, DANIEL BECK, MARC CADIEUX, MICHAEL DESCHENEAUX, MICHAEL KRUSE, LAURA IZURIETA, ERIC BENHAMOU, ROGER DUNBAR, JOEL FRIEDMAN, MARY MILLER, KATE MITCHELL, BEVERLY MATTHEWS, GAREN STAGLIN, ELIZABETH BURR, RICHARD DANIELS, ALISON DAVIS, and JEFFREY MAGGIONCALDA,<br><br>Defendants. | Case No. 5:25-CV-00569-NW<br><br>**DECLARATION OF JORDAN ETH IN SUPPORT OF DEFENDANT MARC CADIEUX'S MOTION TO DISMISS**<br><br>Date:   September 10, 2025<br>Time:   9:00 a.m.<br>Judge:  Hon. Noël Wise<br>Dept.:  Courtroom 3 – 5th Floor<br><br>Complaint Filed: January 16, 2025<br>Trial Date: Not yet set |

I, Jordan Eth, hereby declare as follows:

1. I am a member in good standing of the Bar of the State of California and am admitted to practice before this court. I am a partner of the law firm of Morrison & Foerster LLP, counsel of record for Defendant Marc Cadieux. I submit this declaration in support of Mr. Cadieux's Motion to Dismiss the Complaint. I make this declaration based on my personal knowledge.

2. Attached to this Declaration as **Exhibit 1** is a true and correct copy of an excerpt of SVB Financial Group's Schedule 14A and Proxy Statement for the 2021 Annual Meeting of Stockholders, as filed with the SEC on March 4, 2021, and retrieved from https://ir.svb.com/financials/sec-filings/default.aspx.

3. Attached to this Declaration as **Exhibit 2** is a true and correct copy of an excerpt of SVB Financial Group's Form 10-K for fiscal year ended December 31, 2022, as filed with the SEC on February 24, 2023, and retrieved from https://ir.svb.com/financials/sec-filings/default.aspx.

4. Attached to this Declaration as **Exhibit 3** is a true and correct copy of an excerpt of an analyst report by J.P. Morgan concerning First Citizens BancShares, Inc., dated September 20, 2023, and retrieved from https://www.lseg.com/en.

5. Attached to this Declaration as **Exhibit 4** is a true and correct copy of a Joint Report of Examination by the California Department of Financial Protection and Innovation and the Federal Reserve Bank of San Francisco from an examination that took place on November 30, 2020, and retrieved from https://www.federalreserve.gov/supervisionreg/files/svb-2020-camels-examination-report-20210503.pdf.

6. Attached to this Declaration as **Exhibit 5** is a true and correct copy of a Press Release from First Citizens Bank, published on June 8, 2023, and retrieved from https://newsroom.firstcitizens.com/2023-06-08-Marc-Cadieux-Appointed-President-of-Silicon-Valley-Bank-Commercial.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

1 | Executed this 16th day of April, 2025, in San Francisco, California.

                                                                                        */s/ Jordan Eth*
                                                                                          Jordan Eth