Exhibit 1

DEF 14A 1 d55889ddef14a.htm DEF 14A

**Table of Contents**

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# SCHEDULE 14A

**Proxy Statement Pursuant to Section 14(a) of the**
**Securities Exchange Act of 1934**
**(Amendment No.    )**

Filed by the Registrant    ☒

Filed by a Party other than the Registrant    ☐

Check the appropriate box:

☐     Preliminary Proxy Statement

☒     Definitive Proxy Statement

☐     Definitive Additional Materials

☐     Soliciting Material Pursuant to § 240.14a-12

☐     **Confidential, for Use of the Commission Only**
      **(as permitted by Rule 14a-6(e)(2))**

# SVB FINANCIAL GROUP

**(Name of Registrant as Specified In Its Charter)**

**(Name of Person(s) Filing Proxy Statement if Other Than the Registrant)**

Payment of Filing Fee (Check the appropriate box):

☒     No fee required.

☐     Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

1)     Title of each class of securities to which transaction applies:

2)     Aggregate number of securities to which transaction applies:

3)     Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (Set forth the amount on which the filing fee is calculated and state how it was determined):

4)     Proposed maximum aggregate value of transaction:

5)     Total fee paid:

☐     Fee paid previously with preliminary materials.

☐     Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

1)     Amount Previously Paid:

2)     Form, Schedule or Registration Statement No.:

3)     Filing Party:

4)     Date Filed:

Table of Contents



## ❯ NOTICE OF 2021 ANNUAL MEETING OF STOCKHOLDERS



Dear Stockholders:

We are pleased to invite you to attend SVB Financial Group's 2021 Annual Meeting of Stockholders. Similar to last year, the meeting will be held remotely.

The items of business at this year's meeting, as more fully described in the Proxy Statement, are as follows:

1.  Elect twelve (12) directors to serve for the ensuing year and until their successors are elected;

2.  Approve, on an advisory basis, our executive compensation ("*Say on Pay*");

3.  Ratify the appointment of KPMG LLP as our independent registered public accounting firm for our fiscal year ending December 31, 2021; and

4.  Transact such other business as may properly come before the meeting.



**Your vote is very important.** To assure your representation at the meeting, we encourage you to vote your shares as soon as possible. This Notice and the Proxy Statement provide instructions on how you can vote your shares online or by telephone, or if you have received a printed copy of the proxy materials and a proxy card, by mail. You may attend the meeting and vote remotely even if you have previously voted by proxy.

You are entitled to vote at this year's meeting (or any postponement or adjournment thereof) if you are a stockholder of record at the close of business on February 22, 2021.

Thank you for your continued support of SVB Financial Group.



**BY ORDER OF THE BOARD OF DIRECTORS,**

**/s/ Roger Dunbar**
**Roger Dunbar**
**Chair of the Board**

Santa Clara, California
March 4, 2021

---

\*  Due to health concerns surrounding the COVID-19 pandemic and related federal, state and local orders and guidance, the meeting will be held solely by means of remote communications at *www.virtualshareholdermeeting.com/SIVB2021*. You will need your control number to participate, vote or ask questions during the virtual meeting. Your control number can be found on your proxy card, voting instruction form or other notices sent to you. Instructions for participation, voting and asking questions will be available on the meeting website on the meeting date. Those without a control number may attend as guests of the meeting, but they will not have the option to vote their shares or ask questions during the meeting. Following the meeting, we may post appropriate questions received during the meeting and the Company's answers on our website.

Table of Contents

## CORPORATE GOVERNANCE AND BOARD MATTERS

### Corporate Governance

We are committed to having sound corporate governance practices, as governed by our organizational documents, as well as our Corporate Governance Guidelines and other applicable policies. Our practices are important to how we manage our business and to maintain our integrity in the marketplace. In setting our practices, we balance our corporate and stockholder interests, as well as applicable market practices and trends.

Our Corporate Governance Guidelines set forth a framework for our Company with respect to specific corporate governance practices. The guidelines are reviewed at least annually by the Governance Committee, as well as amended from time to time to continue evolving our practices. A copy of our guidelines is available at *www.svb.com* under "*About Us—Investor Relations—Governance*."

### Board Independence and Leadership

The Board has determined that, with the exception of Mr. Becker, our President and CEO, all of our current directors are "independent" within the meaning of the director independence standards set by The NASDAQ Stock Market LLC ("*NASDAQ*") and the Securities Exchange Commission (the "*SEC*").

### Separate Chairperson and CEO Roles

The Board has determined that it is in the best interests of the Company to continue to maintain the Board chairperson and CEO positions separately. We continue to believe that having an outside, independent director serve as chairperson is the most appropriate leadership structure for the Board, as it enhances the Board's independent oversight of management and strategic planning, reinforces the Board's ability to exercise its independent judgment to represent stockholder interests and strengthens the objectivity and integrity of the Board. Moreover, we believe an independent chairperson can more effectively lead the Board in objectively evaluating the performance of management, including the CEO, and guide the Board through appropriate governance processes. The Board may modify the structure as it deems appropriate given the specific circumstances then facing the Company.

The Board has determined that Mr. Dunbar, our current Chair of the Board, is independent within the meaning of the director independence standards described above. Subject to his election, Mr. Dunbar is expected to serve as the Board's Chair for the 2021-2022 director term.

### Executive Sessions

The Company's independent directors meet in regularly scheduled executive sessions at which only independent directors are present.

### Board Oversight of Strategy

The Board is actively engaged in overseeing the Company's strategy. Each year, the Board conducts an annual in-depth, multi-day session to discuss our strategic and growth plans and review our overall business. Discussion topics may include the Company's vision mission, and values; new or expanded lines of business; clients and market share; global expansion; financial outlook; competition; industry trends; market share; new products and services; human capital management; and regulatory environment. Discussions about the Company's strategy and execution are also held during the Board's regular meetings. Additionally, the Board reviews the Company's annual corporate strategic priorities and goals.

### Board Risk Oversight and Risk Committee

Oversight of the Company's risk management is one of the Board's key priorities and is carried out by the Board as a whole, as well as by each of its various committees. The committees routinely report back to the Board about key risk-related matters.

The Risk Committee of the Board focuses primarily on the Company's risk management. The Risk Committee has primary oversight responsibility of the Company's enterprise-wide risk management framework, including the oversight of risk management policies, and the monitoring of the Company's risk profile. To allow cross-committee coordination of risk management, the Risk Committee includes the chairpersons of the Board and each of the Audit, Compensation, Credit, Finance and Governance Committees. The Chief Risk Officer of the Company reports directly to the Risk Committee, as well as, on an administrative basis, the Chief Executive Officer.

Table of Contents

group "Conversation Circles" in which over two thirds of our employees participated in discussions about racial equity issues. Our DEI-focused "town hall" meetings for employees were in response to our recognition of the need for greater transparency and dialogue around the racial representation of our workforce and the innovation ecosystem. Additionally, we provided opportunities for action, mobilizing our employees and clients to join in community service through Tech Gives Back, a week of volunteer events focused in part on racial equity, social justice and access to the innovation economy. We also partnered with Act One Ventures to launch The Diversity Term Sheet Rider for Representation at the Cap Table initiative, which advocates for venture capital firms to include in all of their term sheets a pledge to bring members of underrepresented groups into deals as co-investors.

- ***Access to Innovation.*** Our signature DEI program to engage and impact our ecosystem, Access to Innovation, is dedicated to creating opportunities for underrepresented groups across the innovation economy. It was launched in 2017, and today we are building educational and employment pathways to nurture talent from early to advanced career stages and expanding connections, professional development and funding opportunities for Black, Latinx and women founders and venture capital investors. We have hired from and partnered with various organizations promoting underrepresented talent, including Valence, a marketplace and community for Black professionals, Year Up, an organization providing intensive, one-year programs for young adults, and Career Ready, an organization in the United Kingdom that links schools and colleges with employers to help young people prepare for the working world. We further enable access to the innovation ecosystem via engagement with our client companies and through funding and partnerships. For example, in 2020, we partnered with our client, Valence to provide talent recruitment opportunities for 2,000 of our clients.

- ***Affordable Housing.*** We are committed to supporting the communities in which we live and work through investment in affordable housing projects. To date, our Community Development Finance Division has committed approximately $850 million in investments and more than $1.4 billion in loans to help build or rehabilitate 9,472 affordable-housing units in the San Francisco Bay Area. These homes are designed for low- and moderate-income working families, seniors, veterans, people with disabilities and those who are chronically homeless.

- ***SVB in the Community.*** We also support our communities through philanthropy and volunteering. As part of the Pledge 1% movement, we set an annual, aspirational goal of giving 1% of our FTE time and net income to charitable causes. We met this goal in 2020 by donating more than $12.5 million via our various philanthropic programs, $5.5 million of which went to support local, regional and global COVID-19 relief activities. Our programs include an annual employee match, through which we match employee financial donations up to $2,000 as well as reward volunteer time up to $1,000 per employee. Additionally, the SVB Foundation, our non-profit charitable foundation, makes grants to community organizations and causes in which employees volunteer or are involved. As part of our efforts in 2020, we launched our Missions Program, a software platform designed to engage employees to act in support of the causes they care about most such as voter education and racial justice and equity. During the fourth quarter of 2020, we also donated $20 million of fees (net of costs incurred) received from the PPP to our SVB Foundation to distribute to charitable causes over the next two years.

## Governance

- ***Corporate Governance.*** Strong corporate governance practices support our overall effectiveness and enable us to manage our business and maintain our integrity in the marketplace. We believe strong governance is required at all levels, from the Board of Directors to executive management and throughout our Company. For more information about our governance practices, see *"2020 Performance and Proxy Statement Summary – Annual Meeting and Proxy Statement Information"* and *"Board of Directors and Corporate Governance – Corporate Governance and Board Matters."*

- ***Political Activities*** – Our corporate responsibility includes participation in the political and public policy process, specifically in areas that impact the innovation economy and the banking industry, as well as our clients, stockholders, employees and communities. It is important that we engage with legislators and policymakers, where appropriate, and support initiatives to advocate constructively for the long-term interests of our business and our key constituents. Our political activities are subject to the oversight of our Governance Committee, which recognizes the importance of appropriate governance and risk management of our corporate political activities, and reviews our activities for alignment with our business, strategy and corporate values, as well as compliance with applicable laws and regulations. Political contributions are made primarily through a federal political action committee that is non-partisan and employee-funded. Political contributions utilizing corporate funds are limited and subject to restrictions and disclosure pursuant to our policies. For more information, see our *"Statement on Political Activities,"* which may be found on our website.

The above summary reflects selected highlights of our various ESG efforts and is not an exhaustive list. For more information about the above highlights and our ESG efforts (including access to our 2020 Corporate Social Responsibility Report and 2020 Diversity, Equity and Inclusion Report), please see our ESG disclosures on our website under *"About Us—Living Our Values,"* which we expanded in 2020.

Table of Contents

# ❯ EXECUTIVE OFFICERS AND COMPENSATION

## INFORMATION ON EXECUTIVE OFFICERS

Our executive officers perform policy-making functions for us within the meaning of applicable SEC rules. They may also serve as officers of the Bank and/or our other subsidiaries. There are no family relationships among our directors or executive officers.

The following information outlines the name and age of each of our executive officers, as of the date of this Proxy Statement, and his or her principal occupation with the Company, followed by his or her biography below:

| Name | Age | Principal Occupation |
|------|-----|----------------------|
| Greg Becker | 53 | President and Chief Executive Officer |
| Dan Beck | 48 | Chief Financial Officer |
| Marc Cadieux | 54 | Chief Credit Officer |
| John China | 55 | President, SVB Capital |
| Philip Cox | 54 | Chief Operations Officer |
| Michael Descheneaux | 53 | President, Silicon Valley Bank |
| Michelle Draper | 53 | Chief Marketing Officer |
| Christopher Edmonds-Waters | 58 | Chief Human Resources Officer |
| Laura Izurieta | 60 | Chief Risk Officer |
| Michael Zuckert | 62 | General Counsel |

## Executive Biographies

**Greg Becker's** biography can be found under "*Proposal No. 1—Election of Directors*" above.

---

**Dan Beck,** *Chief Financial Officer*, joined us in June 2017 and is responsible for our finance, treasury and accounting functions. Before joining the Company in 2017, Mr. Beck served as the Chief Financial Officer for Bank of the West, a subsidiary of BNP Paribas Group, from June 2015 to May 2017 and as Executive Vice President and Corporate Controller from June 2008 to June 2015. Prior to his tenure at Bank of the West, Mr. Beck held various finance and accounting roles with Wells Fargo Bank, the Federal Home Loan Mortgage Corporation, E*TRADE Financial Corporation and Deloitte & Touche LLP. Mr. Beck holds a Bachelor's degree in Accounting from Virginia Commonwealth University and a Bachelor's degree in Biology from Virginia Polytechnic Institute and State University.

---

**Marc Cadieux,** *Chief Credit Officer*, oversees our credit administration function. Mr. Cadieux joined us in 1992 and has held a variety of positions of increasing responsibility in the areas of credit administration, business development and relationship management during his tenure with the Company. Mr. Cadieux was previously the Division Risk Manager for SVB's Eastern Division, where he was responsible for overseeing our commercial lending activities in the United States, Canada, the United Kingdom and Israel. Mr. Cadieux was appointed as Assistant Chief Credit Officer in 2009 and was later appointed as Chief Credit Officer in 2013. Prior to joining the Company, Mr. Cadieux held several credit-related positions with Pacific Western Bank and Bank of New England. Mr. Cadieux holds a Bachelor's degree in Economics from Colby College.

---

**John China,** *President of SVB Capital*, oversees the growth of our funds management business as well as our Early Stage and Family Office practices. Mr. China joined us in 1996 as Senior Relationship Manager and has since held a variety of positions with the Company, including Head of Venture Capital Management and Head of Venture Capital and Private Equity division. Mr. China was appointed as the Head of Relationship Management in 2010, Head of Relationship Banking in 2014, and Head of Technology Banking in 2017, prior to his appointment to his current role in 2019. Mr. China is a member of the boards of DEMO; H2 Global, a digital industry leadership network; BUILD, a nonprofit organization dedicated to educating under-resourced youth through entrepreneurship, and Meals on Wheels San Francisco; and the advisory boards of Alpha Club, a networking community of founders, CEOs and technology influencers, and York Butter Factory, an Australian coworking and startup incubator space. Mr. China holds a Bachelor's degree in Industrial Engineering from Stanford University.

---

Table of Contents

**Philip Cox,** *Chief Operations Officer***,** is responsible for our core operations, enterprise project management, client service and information technology teams. Mr. Cox joined us in 2009 as Head of UK, Europe & Israel, and was appointed Head of Europe, Middle East and Africa and President of the UK Branch in 2012, where he was focused on the international development of our business and was responsible for our UK Branch, prior to his appointment to his current role in 2019. Prior to joining the Company, Mr. Cox was Head of Commercial Banking at the Bank of Scotland in London, a division of Lloyds Banking Group (2008-2009) and the Chief Executive Officer of Torex Retail PLC (2005-2008). Prior to his tenure at Torex Retail PLC, Mr. Cox spent approximately 23 years with NatWest/RBS Group in a variety of positions, including Managing Director of Transport and Infrastructure Finance, Regional Managing Director of the North of England Region and the same position for the South West and Wales business. Mr. Cox is a member of the Chartered Institute of Bankers (UK) and the Association of Corporate Treasurers (UK).

**Michael Descheneaux,** *President, Silicon Valley Bank***,** oversees the Company's global commercial bank, private bank and funds management businesses, as well as credit administration. Mr. Descheneaux joined us in 2006 as Managing Director of Accounting and Financial Reporting, and was appointed as Chief Financial Officer in 2007, where he was responsible for all our finance, treasury, accounting and legal functions, as well as our funds management business until he assumed his current role in 2017. Prior to joining the Company, Mr. Descheneaux was a managing director of Navigant Consulting (2004-2006) and held various leadership positions with Arthur Andersen (1995-2002). Mr. Descheneaux holds a Bachelor's degree in Business Administration from Texas A&M University. He is also a certified public accountant, as well as a member of the Texas State Board of Public Accountancy.

**Michelle Draper,** *Chief Marketing Officer***,** is responsible for the strategy and execution of our global marketing initiatives. Prior to joining us in 2013, Ms. Draper held various senior-level marketing positions at Charles Schwab & Co. from 1992-2013, including as Senior Vice President of Institutional Services Marketing, where she oversaw advertising, brand management and other key marketing strategies. Prior to that, Ms. Draper also served as a director of Investor Services Segment Marketing and Vice President of Advisor Services Marketing Programs, developing marketing strategies for both the retail and institutional sides of the Charles Schwab business. Ms. Draper holds a Bachelor's degree in Journalism from California Polytechnic State University – San Luis Obispo, as well as Series 7 General Securities Representative and Series 24 General Securities Principal licenses.

**Christopher Edmonds-Waters,** *Chief Human Resources Officer***,** oversees our human resources function, which includes our compensation, global mobility, recruiting and learning and development functions. Mr. Edmonds-Waters joined us in 2003 as Director of Organization Effectiveness and was appointed to his current role in 2007. Prior to joining the Company, Mr. Edmonds-Waters held various senior-level human resources positions at Charles Schwab & Co. from 1996-2003 and began his career at Macy's California where he held various merchandising as well human resources roles. Mr. Edmonds-Waters holds a Bachelor's degree in Intercultural Communications from Arizona State University and a Master's degree in Human Resources and Organization Development from the University of San Francisco.

**Laura Izurieta,** *Chief Risk Officer***,** is responsible for leading our enterprise-wide risk management, corporate compliance and regulatory functions. From 2000 until joining the Company in 2016, Ms. Izurieta held various roles of increasing responsibility at Capital One, including Vice President of Corporate Reputation and Governance, Vice President of Capital One Home Loans and Vice President of Information Technology, and most recently Executive Vice President and Chief Risk Officer, Retail and Direct Bank. Prior to her tenure at Capital One, Ms. Izurieta also held positions at Freddie Mac and Bank of America. Ms. Izurieta holds a Bachelor's degree in Business Administration from Towson University and a Master's degree in Applied Behavioral Science from John Hopkins School of Business.

**Michael Zuckert,** *General Counsel***,** is responsible for all our legal and government affairs matters. Prior to joining the Company in 2014, he served in a wide range of legal positions within the financial services industry. Most recently, he served as Deputy General Counsel of Citigroup (2009-2014), where he served as general counsel for the company's non-core assets business, Citi Holdings, and focused on mergers and acquisitions. Prior to his time at Citigroup, Mr. Zuckert held various senior-level positions at Morgan Stanley & Co. Inc. and was Vice President and General Counsel at TheStreet.com, Inc., an online financial news provider. Mr. Zuckert is a director of the Law Foundation of Silicon Valley and the Global EIR Coalition, a member of the leadership council of Tech:NYC and a member of the Investment Committee of Waterman Ventures as well as an advisory member of the Board of the Silicon Valley Directors' Exchange. He holds Bachelor's degrees in History and Law and Society from Brown University and a Juris Doctor from New York University School of Law.