Exhibit 2

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549
# FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2022

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from to .

Commission File Number: 001-39154

# SVB FINANCIAL GROUP
**(Exact name of registrant as specified in its charter)**

| <u>Delaware</u> | <u>91-1962278</u> |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**3003 Tasman Drive, Santa Clara, California 95054-1191**
(Address of principal executive offices) (Zip Code)

**(408) 654-7400**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Trading Symbol** | **Name of each exchange on which registered** |
|---|---|---|
| Common stock, par value $0.001 per share | SIVB | The Nasdaq Stock Market LLC |
| Depositary shares, each representing a 1/40th ownership interest in a share of 5.250% Fixed-Rate Non-Cumulative Perpetual Preferred Stock, Series A | SIVBP | The Nasdaq Stock Market LLC |

Securities registered pursuant to Section 12(g) of the Act: **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☒ | Accelerated filer | ☐ |
|---|---|---|---|
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C.7262(b)) by the registered public accounting firm that prepared or issued its audit report. Yes  No ☐

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to § 240.10D-1(b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The aggregate market value of the voting and non-voting common equity securities held by non-affiliates of the registrant as of June 30, 2022, the last business day of the registrant's most recently completed second fiscal quarter, based upon the closing price of its common stock on such date, on the NASDAQ Global Select Market was $23,336,532,366.

At January 31, 2023, 59,200,925 shares of the registrant's common stock ($0.001 par value) were outstanding.

| **Documents Incorporated by Reference** | **Parts of Form 10-K Into Which Incorporated** |
|---|---|
| Definitive proxy statement for the Company's 2022 Annual Meeting of Stockholders to be filed within 120 days of the end of the fiscal year ended December 31, 2021 | Part III |

Table of Contents

significant portion of these commitments expire without being drawn upon. For details of our commitments to extend credit and commercial and standby letters of credit, please refer to the discussion of our off-balance sheet arrangements in Note 21-"Off-Balance Sheet Arrangements, Guarantees and Other Commitments" of the "Notes to the Consolidated Financial Statements" under Part II, Item 8 of this report.

The following table summarizes our unfunded commercial commitments as of December 31, 2022:

| (Dollars in millions) | Total | Amount of Commitments Expiring per Period | | | |
|---|---|---|---|---|---|
| | | Less than 1 year | 1-3 years | 4-5 years | After 5 years |
| **Commercial commitments:** | | | | | |
| Loan commitments available for funding | $ 58,891 | $ 45,028 | $ 9,420 | $ 3,640 | $ 803 |
| Standby letters of credit | 3,567 | 3,443 | 95 | 24 | 5 |
| Commercial letters of credit | 83 | 66 | 17 | - | - |
| Total unfunded credit commitments | $ 62,541 | $ 48,537 | $ 9,532 | $ 3,664 | $ 808 |

The following table summarizes our contractual obligations to make future payments as of December 31, 2022:

| (Dollars in millions) | Total | Payments Due By Period | | | |
|---|---|---|---|---|---|
| | | Less than 1 year | 1-3 years | 4-5 years | After 5 years |
| **SVBFG contractual obligations:** | | | | | |
| Deposits (1) (2) | $ 173,109 | $ 173,098 | $ 11 | $ - | $ - |
| Borrowings (2) | 18,935 | 15,565 | 995 | 845 | 1,530 |
| Non-cancelable operating leases | 459 | 85 | 140 | 88 | 146 |
| Commitments to qualified affordable housing projects | 754 | 294 | 404 | 17 | 39 |
| Total obligations attributable to SVBFG | $ 193,257 | $ 189,042 | $ 1,550 | $ 950 | $ 1,715 |

(1) Includes time deposits and deposits with no defined maturity, such as noninterest-bearing demand, interest-bearing checking, savings, money market and sweep accounts.
(2) Amounts exclude contractual interest.

Excluded from the tables above are unfunded commitment obligations of $164 million to our managed funds of funds and other fund investments for which neither the payment, timing, nor eventual obligation is certain. Subject to applicable regulatory requirements, including the Volcker Rule (see "Business - Supervision and Regulation" under Part I, Item 1 of this report), we make commitments to invest in venture capital and private equity funds, which in turn make investments generally in, or in some cases make loans to, privately-held companies. Commitments to invest in these funds are generally made for a 10-year period from the inception of the fund. Although the limited partnership agreements governing these investments typically do not restrict the general partners from calling 100% of committed capital in one year, it is customary for these funds to generally call most of the capital commitments over 5 to 7 years; however in certain cases, the funds may not call 100% of committed capital over the life of the fund. The actual timing of future cash requirements to fund these commitments is generally dependent upon the investment cycle, overall market conditions and the nature and type of industry in which the privately held companies operate. Additionally, our consolidated managed funds of funds have $3 million of remaining unfunded commitments to venture capital and private equity funds. See Note 9-"Investment Securities" of the "Notes to the Consolidated Financial Statements" under Part II, Item 8 of this report for further disclosure related to non-marketable and other equity securities. Additional discussion of our off-balance sheet arrangements for these fund investments is included in Note 21-"Off-Balance Sheet Arrangements, Guarantees and Other Commitments" of the "Notes to the Consolidated Financial Statements" under Part II, Item 8 of this report.

*Liquidity*

The objective of liquidity management is to ensure that funds are available in a timely manner to meet our financial obligations, including, the availability of funds for both anticipated and unanticipated funding uses as necessary, paying creditors, meeting depositors' needs, accommodating loan demand and growth, funding investments, repurchasing securities and other operating or capital needs, without incurring undue cost or risk, or causing a disruption to normal operating conditions.

We regularly assess the amount and likelihood of projected funding requirements through a range of business-as-usual and potential stress scenarios based on a review of factors such as historical deposit volatility and funding patterns, present and forecasted market and economic conditions, individual client funding needs and existing and planned business activities.

Table of Contents

ALCO provides oversight to the liquidity management process and recommends policy guidelines for the approval of the Finance Committee and Risk Committee of our Board of Directors, and courses of action to address our actual and projected liquidity needs. Additionally, we routinely conduct liquidity stress testing as part of our liquidity management practices.

Our client deposits base is, and historically has been, our primary source of liquidity funding. Our deposit levels and cost of deposits may fluctuate from time to time due to a variety of factors, including market conditions, prevailing interest rates, changes in client deposit behaviors, availability of insurance protection and our offering of deposit products. We may also offer more investment alternatives for our off-balance sheet products which may impact deposit levels. At December 31, 2022, our period-end total deposit balances decreased to $173.1 billion, compared to $189.2 billion at December 31, 2021.

We maintain a liquidity risk management and monitoring process designed to ensure appropriate liquidity to meet expected and contingent funding needs under both normal and stress environments, subject to the regular supervisory review process. Our liquidity requirements can also be met through the use of our portfolio of liquid assets. Our definition of liquid assets includes cash and cash equivalents in excess of the minimum levels necessary to carry out normal business operations, short-term investment securities maturing within one year, AFS and HTM securities eligible and available for financing or pledging purposes with a maturity in excess of one year and anticipated near-term cash flows from investments.

We have certain facilities in place to enable us to access short- and long-term borrowings on a secured and unsecured basis. Our secured facilities include collateral pledged to the FHLB of San Francisco and the discount window at the FRB (using both fixed income securities and loans as collateral). Our unsecured facility consists of our uncommitted federal funds lines. As of December 31, 2022, collateral pledged to the FHLB of San Francisco was comprised primarily of fixed income investment securities and loans and had a carrying value of $44.9 billion, of which $25.9 billion was available to support additional borrowings. As of December 31, 2022, collateral pledged to the discount window at the FRB was comprised of fixed income investment securities and had a carrying value of $5.3 billion, all of which was unused and available to support additional borrowings. Our total unused and available borrowing capacity for our uncommitted federal funds lines totaled $3.2 billion as of December 31, 2022. Our total unused and available secured borrowing capacity under our master repurchase agreements with various financial institutions totaled $35.0 billion as of December 31, 2022.

As a banking organization, our liquidity is subject to supervision by our banking regulators. Because we are a Category IV organization with less than $250 billion in average total consolidated assets, less than $50 billion in average weighted short-term wholesale funding and less than $75 billion in cross-jurisdictional activity, we currently are not subject to the Federal Reserve's LCR or NSFR requirements, either on a full or reduced basis. It is possible that, as a result of further growth, we may exceed one or more of those thresholds and therefore become subject to LCR and NSFR requirements or other heightened liquidity requirements in the future, which would require us to maintain high-quality liquid assets in accordance with specific quantitative requirements and increase the use of long-term debt as a funding source. In addition, if we were to exceed $75 billion in cross-jurisdictional activity, as a Category II organization, we could no longer opt out of excluding AOCI in calculating regulatory capital ratios and would become subject to the advance approaches framework as well as more stringent liquidity reporting requirements.

On a stand-alone basis, SVB Financial's primary liquidity channels include dividends from the Bank, its portfolio of liquid assets and its ability to raise debt and capital. The ability of the Bank to pay dividends is subject to certain regulations described in "Business-Supervision and Regulation-Restriction on Dividends" under Part I, Item 1 of this report.

*Consolidated Summary of Cash Flows*

Below is a summary of our average cash position and statement of cash flows for 2022 and 2021, respectively: (For further details, see our Consolidated Statements of Cash Flows under "Consolidated Financial Statements and Supplementary Data" under Part II, Item 8 of this report.)

| | Year ended December 31, | |
|---|---:|---:|
| (Dollars in millions) | 2022 | 2021 |
| Average cash and cash equivalents | $ 17,109 | $ 23,041 |
| Percentage of total average assets | 7.9% | 13.9% |
| Net cash provided by operating activities | $ 2,864 | $ 1,868 |
| Net cash used for investing activities | (3,638) | (90,336) |
| Net cash (used for) provided by financing activities | (9) | 85,432 |
| Net (decrease) increase in cash and cash equivalents | $ (783) | $ (3,036) |

Average cash and cash equivalents decreased to $17.1 billion in 2022, compared to $23.0 billion for 2021. Average deposits increased $37.8 billion which enabled us to grow our average loan portfolio by $15.7 billion in 2022.

*December 31, 2022*

Cash provided by operating activities of $2.9 billion in 2022 included net income before NCI of $1.6 billion and $2.0 billion of adjustments to reconcile net income to net cash, partially offset by $749 million from changes in other assets and liabilities.

Cash used for investing activities of $3.6 billion in 2022 was driven by $17.7 billion in purchases of fixed income investment securities and a $7.9 billion increase in loan balances, partially offset by $22.4 billion in proceeds from sales, maturities and principal pay downs from our fixed income investment securities portfolio.

Cash used for financing activities of $9 million in 2022 was reflective of a $16.1 billion decrease in deposits, offset partially by a $13.5 billion increase in short-term borrowings and $2.8 billion increase from the issuance of long-term debt.

Cash and cash equivalents at December 31, 2022 were $13.8 billion, compared to $14.6 billion at December 31, 2021.

*December 31, 2021*

Cash provided by operating activities of $1.9 billion in 2021 included net income before NCI of $2.1 billion and $49 million from changes from adjustments to reconcile net income to net cash, partially offset by $254 million from changes in other assets and liabilities.

Cash used for investing activities of $90.3 billion in 2021 was driven by $97.7 billion in purchases of fixed income investment securities and a $13.7 billion increase in loan balances, partially offset by $19.8 billion in proceeds from sales, maturities and principal pay downs from our fixed income investment securities portfolio and $1.1 billion in proceeds from the acquisition of Boston Private.

Cash provided by financing activities of $85.4 billion in 2021 was reflective of a $78.2 billion increase in deposits, $5.7 billion in capital raised by our preferred and common stock issuances and $1.6 billion increase from the issuance of long-term debt.

Cash and cash equivalents at December 31, 2021, were $14.6 billion, compared to $17.6 billion at December 31, 2020.

Table of Contents

**SIGNATURES**

    Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

SVB Financial Group

/s/ GREG W. BECKER
_____

Greg W. Becker

*President and Chief Executive Officer*

Dated: February 24, 2023

Table of Contents

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated:

| Signature | Title | Date |
|---|---|---|
| /s/ BEVERLY KAY MATTHEWS<br>**Beverly Kay Matthews** | Chair of the Board of Directors and Director | February 24, 2023 |
| /s/ GREG W. BECKER<br>**Greg W. Becker** | President, Chief Executive Officer and Director (Principal Executive Officer) | February 24, 2023 |
| /s/ DANIEL J. BECK<br>**Daniel J. Beck** | Chief Financial Officer (Principal Financial Officer) | February 24, 2023 |
| /s/ KAREN HON<br>**Karen Hon** | Chief Accounting Officer (Principal Accounting Officer) | February 24, 2023 |
| /s/ ERIC A. BENHAMOU<br>**Eric A. Benhamou** | Director | February 24, 2023 |
| /s/ ELIZABETH BURR<br>**Elizabeth Burr** | Director | February 24, 2023 |
| /s/ RICHARD D. DANIELS<br>**Richard D. Daniels** | Director | February 24, 2023 |
| /s/ ALISON DAVIS<br>**Alison Davis** | Director | February 24, 2023 |
| /s/ JOEL P. FRIEDMAN<br>**Joel P. Friedman** | Director | February 24, 2023 |
| /s/ THOMAS KING<br>**Thomas King** | Director | February 24, 2023 |
| /s/ JEFFREY N. MAGGIONCALDA<br>**Jeffrey N. Maggioncalda** | Director | February 24, 2023 |
| /s/ MARY J. MILLER<br>**Mary J. Miller** | Director | February 24, 2023 |
| /s/ KATE D. MICTHELL<br>**Kate D. Mitchell** | Director | February 24, 2023 |
| /s/ GAREN K. STAGLIN<br>**Garen K. Staglin** | Director | February 24, 2023 |

EXHIBIT 31.1

**RULE 13a-14(a)/15d-14(a) CERTIFICATION**

I, Greg Becker, certify that:

1. I have reviewed this annual report on Form 10-K of SVB Financial Group;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the periods covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's Board of Directors (or persons performing the equivalent functions):

    (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: February 24, 2023

/s/ GREG BECKER
Greg Becker
President and Chief Executive Officer
(Principal Executive Officer)

EXHIBIT 31.2

**RULE 13a-14(a)/15d-14(a) CERTIFICATION**

I, Daniel Beck, certify that:

1. I have reviewed this annual report on Form 10-K of SVB Financial Group;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the periods covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's Board of Directors (or persons performing the equivalent functions):

    (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting..

Date: February 24, 2023

/s/ DANIEL BECK
Daniel Beck
Chief Financial Officer
(Principal Financial Officer)

**EXHIBIT 32.1**

**SECTION 1350 CERTIFICATIONS**

I, Greg Becker, certify, pursuant to 18 U.S.C. Section 1350, that, to my knowledge, the annual report of SVB Financial Group on Form 10-K for the annual period ended December 31, 2022, (i) fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934 and (ii) that the information contained in such Form 10-K fairly presents, in all material respects, the financial condition and results of operations of SVB Financial Group.

Date: February 24, 2023

/s/ GREG BECKER
Greg Becker
President and Chief Executive Officer
(Principal Executive Officer)

I, Daniel Beck, certify, pursuant to 18 U.S.C. Section 1350, that, to my knowledge, the annual report of SVB Financial Group on Form 10-K for the annual period ended December 31, 2022, (i) fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934 and (ii) that the information contained in such Form 10-K fairly presents, in all material respects, the financial condition and results of operations of SVB Financial Group.

Date: February 24, 2023

/s/ DANIEL BECK
Daniel Beck
Chief Financial Officer
(Principal Financial Officer)