# Exhibit 3

**J.P.Morgan**

North America Equity Research
20 September 2023

# First Citizens BancShares, Inc.

Initiate Coverage at Overweight: Now Under First Citizens, Best Days for SVB Franchise Could Lie Ahead

Initiation
## Overweight
FCNCA, FCNCA US
Price (19 Sep 23):$1,352.88
Price Target (Dec-24):$1,850.00

We are initiating coverage of First Citizens BancShares (FCNCA) at Overweight with an $1,850 Dec 2024 price target. Founded in 1898, the bank has been led by the Holding family for 100+ years (including current Chairman/CEO Frank Holding Jr.). First Citizens has grown from coast to coast and is now a top 20 bank with $210B assets—supported by a management team that thinks, acts, and invests for the long term. First Citizens acquired many parts of SVB's business in late March from the FDIC, and while SVB ultimately failed (due to management actions related to placing strong deposit growth into securities), we believe the underlying business at SVB was among the most valuable in the U.S. with SVB *the* bank of the innovation economy. As we evaluate the potential of combining the acquired SVB franchise with First Citizens, we are optimistic that, although challenges remain, the best days for the SVB franchise might be ahead, and the opportunity for First Citizens shareholders appears to be more powerful with SVB now under the strong leadership of First Citizens. To realize this potential, we believe SVB needs to regain its distinction in the innovation economy, and to achieve this First Citizens management is "letting SVB be SVB," particularly with the acquired SVB business run by SVB veteran Marc Cadieux (SVB's former Chief Credit Officer). While we believe the long-term success of the acquired SVB franchise will depend on its historical "secret sauce" being resurrected, with First Citizens providing fertile ground for SVB to reemerge as the bank of the innovation economy, we are optimistic that SVB will return over time as one of the leading growth banks in the industry. With FCNCA shares trading at 0.9x TBV, a 16% discount to peers, we see total return potential above peers, and we initiate coverage at Overweight with the stock also now one of our top picks.

- **100+ Years of Continuity of the Holding Family Leading First Citizens Has Created a Bank That Has Historically Exceeded Peers in the Key Metrics.** Driven in part by the unique family ownership structure of the bank (the Holding family owns ~20% of outstanding shares as well as ~50% voting power), First Citizens has delivered above-peer growth in the metrics that matter most (revenue/share, reported EPS, TBV).

- **Building on History but Moving in a New Direction as Best Days for SVB Franchise Could Lie Ahead.** The biggest weakness of the former SVB model was that it tended to generate 8-10x more deposits than loans, leading to an outsized securities portfolio. With SVB now part of First Citizens, we see a company emerging that maintains a well above-peer growth profile combined with a balanced risk profile.

- **Risks Combined with Substantial Potential Rewards; We Initiate at OW with an $1,850 Dec 2024 PT.** While SVB now has more competition and a more limited value proposition, we believe there is a sense of the innovation community desiring to see the return of the SVB franchise. With First Citizens management providing support to allow SVB to return to its former dominant position, we see the potential to create a stronger version of SVB.

Sources for: Style Exposure – J.P. Morgan Quantitative and Derivatives Strategy; all other tables are company data and J.P. Morgan estimates.

**U.S. Mid and Small Cap Banks**

**Steven Alexopoulos, CFA** [AC]
(1-212) 622-6041
steven.alexopoulos@jpmorgan.com
**Bloomberg** JPMA ALEXOPOULOS <GO>

**Anthony Elian, CFA**
(1-212) 622-5067
anthony.elian@jpmorgan.com

**Alex Lau**
(1-212) 622-3428
alex.lau@jpmorgan.com

**Janet Lee**
(1-212) 622-4803
janet.s.lee@jpmorgan.com

**Priyanka Thapa**
(1-212) 622-4935
priyanka.thapa@jpmorgan.com
J.P. Morgan Securities LLC

**Quarterly Forecasts (FYE Dec)**
Adj. EPS ($)

|  | 2022A | 2023E | 2024E |
|---|---|---|---|
| Q1 | 18.95 | 20.09A | 44.45 |
| Q2 | 16.86 | 52.60A | 43.22 |
| Q3 | 20.77 | 48.80 | 44.89 |
| Q4 | 20.94 | 47.65 | 45.75 |
| FY | 77.51 | 169.13 | 178.31 |

**Style Exposure**

| Quant Factors | Current %Rank | Hist %Rank (1=Top) | | | |
|---|---|---|---|---|---|
| | | 6M | 1Y | 3Y | 5Y |
| Value | 51 | 29 | 77 | 70 | 65 |
| Growth | 5 | 2 | 16 | 5 | 7 |
| Momentum | 4 | 23 | 15 | 56 | 18 |
| Quality | 3 | 36 | 49 | 31 | 52 |
| Low Vol | 83 | 54 | 66 | 10 | 53 |
| ESGQ | 95 | 45 | 13 | 81 | 89 |

**See page 78 for analyst certification and important disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

www.jpmorganmarkets.com

Steven Alexopoulos, CFA <sup>AC</sup>
(1-212) 622-6041
steven.alexopoulos@jpmorgan.com

North America Equity Research
20 September 2023



# Executive Biographies

**Frank Holding Jr. – Chairman/CEO**
Frank Holding Jr. is Chairman/CEO of First Citizens BancShares, Inc., and First-Citizens Bank & Trust Company. Mr. Holding was elected Chairman in February 2009 and has served as CEO since January 2008. Mr. Holding currently serves on the Board of Trustees for BlueCross BlueShield of North Carolina and is a former Chairman of the Board. He is also a member of the Mount Olive Pickle Company, Inc. Board of Directors and a past chairman of the North Carolina Chamber. Additionally, Mr. Holding currently serves on the Board of Trustees at Wake Forest University.

**Hope Holding Bryant – Vice Chairwoman**
Hope Bryant is Vice Chairwoman of First Citizens BancShares, Inc., and First-Citizens Bank & Trust Company. Mrs. Bryant was appointed to this role in 2011 and has been instrumental in First Citizens' expansion across the United States. She currently leads the General Bank including the expansive branch network, wealth management, and other business lines such as treasury management, insurance, and merchant. Mrs. Bryant currently serves on the Board of Advisors for the YMCA of the Triangle.

**Peter Bristow – President**
Peter Bristow is the President and a member of the Board of First Citizens BancShares, Inc., and First-Citizens Bank & Trust Company and has served on the companies' boards since his appointment in 2014. Mr. Bristow leads First Citizens' Rail business as well as the Commercial Bank, where he is responsible for areas such as commercial finance, real estate finance, business capital, and middle market banking. Mr. Bristow serves on a number of non-profit boards including the North Carolina Community Foundation and the North Carolina Museum of Art Foundation.

**Craig Nix – CFO**
Craig Nix is the Chief Financial Officer and has served in this role since 2014. Mr. Nix is responsible for all corporate finance functions, including accounting, financial planning and analysis, reporting, investor relations, and treasury. He also oversees operations and information technology teams.

**Lorie Rupp – Chief Risk Officer**
Lorie Rupp is the Chief Risk Officer and has served in this role since 2017. Prior to being appointed Chief Risk Officer, Mrs. Rupp was Chief Accounting Officer. Mrs. Rupp oversees all aspects of the company's corporate risk oversight activities including enterprise and operational risk management, credit risk, enterprise data and analytics, legal, compliance, and information security.

**Jeffery Ward – Chief Strategy Officer**
Jeff Ward is the Chief Strategy Officer and has served in this role since 2014. As Chief Strategy Officer, Mr. Ward is responsible for corporate strategy development and implementation while also overseeing First Citizens' Integration Management Office and the Direct Bank. In addition to his role at First Citizens, he is a board member at Teen Cancer America.

**Marc Cadieux – President, SVB Commercial**
Marc Cadieux, a 30-year veteran of Silicon Valley Bank (SVB), is the President of Silicon Valley Bank's commercial banking business. Based in the California Bay Area,

Steven Alexopoulos, CFA [AC]
(1-212) 622-6041
steven.alexopoulos@jpmorgan.com

**North America Equity Research**
20 September 2023

J.P.Morgan

Mr. Cadieux leads an SVB Commercial team of more than 1,000 experienced bankers nationwide who are dedicated to the innovation economy. Mr. Cadieux reports to Peter Bristow, president of First Citizens Bank. Prior to his current role, Mr. Cadieux held various senior roles at SVB including, most recently, Chief Credit Officer, where he oversaw credit policy and process, credit underwriting, loan approval, and portfolio management activities. He also held various roles in credit, sales, and relationship management including Assistant Chief Credit Officer, Peninsula region manager, and risk manager for the Eastern US division as well as the U.K., Israel, and Canada.

Steven Alexopoulos, CFA AC
(1-212) 622-6041
steven.alexopoulos@jpmorgan.com

**North America Equity Research**
20 September 2023

**J.P.Morgan**

### Table 5: First Citizens Summary Model

| | 2021 | y/y % Chg. | 1Q22 | 2Q22 | 3Q22 | 4Q22 | 2022 | y/y % Chg. | 1Q23 | 2Q23 | 3Q23E | 4Q23E | 2023E | y/y % Chg. | 2024E | y/y % Chg. | 2025E | y/y % Chg. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income Statement Summary** | | | | | | | | | | | | | | | | | | |
| Core Net interest income | $1,390 | 0% | $649 | $700 | $795 | $802 | $2,946 | 112% | $850 | $1,961 | $1,869 | $1,857 | $6,536 | 122% | $7,240 | 11% | $7,467 | 3% |
| Core Fee Income | $442 | 14% | $280 | $283 | $288 | $290 | $1,141 | 158% | $309 | $462 | $436 | $424 | $1,631 | 43% | $1,731 | 6% | $1,843 | 6% |
| Core Expenses | $1,200 | 2% | $572 | $566 | $577 | $590 | $2,305 | 92% | $677 | $1,202 | $1,195 | $1,195 | $4,270 | 85% | $4,864 | 14% | $5,078 | 4% |
| Pre-tax, Pre-Provision Income | $632 | 5% | $357 | $417 | $506 | $502 | $1,782 | 182% | $482 | $1,221 | $1,109 | $1,085 | $3,897 | 119% | $4,107 | 5% | $4,233 | 3% |
| Loan loss provision | ($37) | -163% | ($49) | $42 | $60 | $79 | $132 | -461% | $63 | $151 | $116 | $116 | $446 | 238% | $474 | 6% | $502 | 6% |
| FTE adjustment | $0 | NM | $0 | $0 | $0 | $0 | $0 | NM | $0 | $0 | $0 | $0 | $0 | NM | $0 | NM | $0 | NM |
| Intangible Amortization | $6 | NM | $6 | $6 | $5 | $6 | $23 | 283% | $5 | $18 | $0 | $0 | $23 | 0% | $0 | -100% | $0 | NM |
| Nonrecurring income | $34 | 15% | $570 | $141 | $145 | $139 | $995 | 2856% | $9,964 | $196 | $0 | $0 | $10,160 | 921% | $0 | -100% | $0 | NM |
| Nonrecurring expense | $29 | 64% | $232 | $173 | $178 | $164 | $747 | 2513% | $173 | $352 | $104 | $74 | $702 | -6% | $270 | -62% | $0 | -100% |
| Other nonrecurring adjustment | $0 | NM | $0 | $0 | $0 | $0 | $0 | NM | $0 | $0 | $0 | $0 | $0 | NM | $0 | NM | $0 | NM |
| Provision for taxes | $154 | 22% | ($46) | $82 | $93 | $135 | $264 | 72% | ($47) | $214 | $240 | $242 | $649 | 146% | $908 | 40% | $1,007 | 11% |
| Net income - reported | $529 | 11% | $264 | $238 | $303 | $243 | $1,048 | 98% | $9,504 | $667 | $634 | $639 | $11,443 | 992% | $2,395 | -79% | $2,664 | 11% |
| Net income - core | $503 | 20% | $299 | $270 | $327 | $306 | $1,202 | 139% | $292 | $765 | $709 | $693 | $2,459 | 105% | $2,395 | -3% | $2,664 | 11% |
| **Balance Sheet Summary** | | | | | | | | | | | | | | | | | | |
| Average earning assets | $51,802 | 20% | $95,112 | $92,112 | $92,537 | $94,359 | $93,530 | 81% | $100,901 | $191,539 | $191,852 | $191,358 | $168,913 | 81% | $199,640 | 18% | $209,753 | 5% |
| Average total assets | $54,962 | 19% | $110,394 | $107,575 | $107,987 | $109,792 | $108,937 | 98% | $116,164 | $209,309 | $208,120 | $207,565 | $185,289 | 70% | $214,883 | 16% | $224,812 | 5% |
| Period-end assets | $58,308 | 17% | $108,597 | $107,673 | $109,310 | $109,298 | $109,298 | 87% | $214,658 | $209,502 | $206,738 | $208,392 | $208,392 | 91% | $219,910 | 6% | $229,427 | 4% |
| Average deposits | $48,239 | 21% | $91,620 | $90,621 | $88,422 | $89,042 | $89,926 | 86% | $93,839 | $137,408 | $134,644 | $136,298 | $125,547 | 40% | $144,228 | 15% | $153,908 | 7% |
| Period-end deposits | $51,406 | 18% | $91,597 | $89,329 | $87,553 | $89,408 | $89,408 | 74% | $140,050 | $141,164 | $138,400 | $140,054 | $140,054 | 57% | $151,572 | 8% | $161,089 | 6% |
| Average loans | $32,862 | 4% | $64,144 | $65,298 | $67,733 | $69,290 | $66,616 | 103% | $73,900 | $133,528 | $133,012 | $132,619 | $118,265 | 78% | $135,512 | 15% | $143,473 | 6% |
| Period-end loans | $32,372 | -1% | $65,524 | $67,735 | $69,790 | $70,781 | $70,781 | 119% | $138,288 | $133,015 | $132,499 | $132,106 | $132,106 | 87% | $138,241 | 5% | $145,846 | 6% |
| Average securities | $10,606 | 17% | $19,492 | $19,185 | $19,119 | $18,876 | $19,168 | 81% | $19,416 | $19,806 | $21,047 | $20,946 | $20,304 | 6% | $26,335 | 30% | $28,487 | 8% |
| Period-end securities | $13,110 | 32% | $19,469 | $19,136 | $18,841 | $19,369 | $19,369 | 48% | $19,527 | $22,171 | $19,922 | $21,971 | $21,971 | 13% | $27,352 | 24% | $29,264 | 7% |
| Average common equity | $4,212 | 6% | $9,560 | $9,686 | $9,618 | $8,740 | $9,401 | 123% | $10,488 | $18,640 | $19,207 | $19,843 | $17,045 | 81% | $21,301 | 25% | $23,867 | 12% |
| Period-end common equity | $4,398 | 13% | $9,689 | $9,761 | $8,952 | $8,781 | $8,781 | 100% | $18,335 | $18,890 | $19,524 | $20,163 | $20,163 | 130% | $22,558 | 12% | $25,222 | 12% |
| **Per Share Amounts** | | | | | | | | | | | | | | | | | | |
| Diluted weighted avg shares (K) | 75,927 | 0% | 15,779 | 16,035 | 15,728 | 14,607 | 76,198 | 0% | 14,540 | 14,538 | 14,538 | 14,538 | 14,538 | -81% | 14,538 | 0% | 14,538 | 0% |
| Period end shares outstanding (K) | 9,816 | 0% | 16,002 | 16,002 | 14,976 | 14,506 | 14,506 | 48% | 14,520 | 14,520 | 14,520 | 14,520 | 14,520 | 0% | 14,520 | 0% | 14,520 | 0% |
| Diluted EPS - core | $51.21 | 22% | $18.95 | $16.86 | $20.77 | $20.94 | $77.51 | 51% | $20.09 | $52.60 | $48.80 | $47.65 | $169.13 | 118% | $178.31 | 5% | $183.21 | 3% |
| Diluted EPS - reported | $53.89 | 13% | $16.70 | $14.86 | $19.25 | $16.67 | $67.47 | 25% | $653.64 | $45.87 | $43.60 | $43.96 | $787.06 | 1067% | $164.75 | -79% | $183.21 | 11% |
| Book Value Per Share | $448.03 | 13% | $605.48 | $609.95 | $597.75 | $605.36 | $605.33 | 35% | $1,262.76 | $1,300.93 | $1,344.62 | $1,388.63 | $1,388.63 | 129% | $1,553.58 | 12% | $1,737.01 | 12% |
| Tangible Book Value Per Share | $410.84 | 16% | $574.09 | $578.92 | $564.97 | $571.89 | $571.82 | 39% | $1,213.82 | $1,253.20 | $1,296.89 | $1,340.90 | $1,340.90 | 134% | $1,505.85 | 12% | $1,689.29 | 12% |
| **Profitability (%)** | | | | | | | | | | | | | | | | | | |
| ROAA - core | 7.07% | 18 bps | 1.08% | 1.00% | 1.21% | 1.11% | 5.42% | -165 bps | 1.01% | 1.46% | 1.36% | 1.33% | 1.33% | -409 bps | 1.21% | -12 bps | 1.18% | -2 bps |
| ROTE - core | 102.85% | 816 bps | 18.38% | 11.92% | 14.92% | 14.83% | 68.11% | -3474 bps | 9.14% | 17.40% | 15.33% | 14.47% | 13.37% | -5474 bps | 12.40% | -97 bps | 11.33% | -107 bps |
| Core FTE Net interest margin (%) | 3.02% | 5 bps | 2.73% | 3.04% | 3.40% | 3.36% | 3.29% | 27 bps | 3.41% | 4.10% | 3.86% | 3.85% | 3.87% | 58 bps | 3.63% | -24 bps | 3.56% | -7 bps |
| Core Efficiency ratio | 65.5% | -48 bps | 61.6% | 57.6% | 53.3% | 54.0% | 56.4% | -909 bps | 58.4% | 49.6% | 51.9% | 52.4% | 52.3% | -412 bps | 54.2% | 194 bps | 54.5% | 32 bps |
| Effective tax rate | 22% | 153 bps | -6% | 24% | 23% | 34% | 14% | -786 bps | 0% | 24% | 27% | 27% | 5% | -904 bps | 27% | 2196 bps | 27% | 0 bps |

Source: Company reports and J.P. Morgan estimates.

Steven Alexopoulos, CFA [AC]
(1-212) 622-6041
steven.alexopoulos@jpmorgan.com

North America Equity Research
20 September 2023

**J.P.Morgan**

### Table 6: First Citizens Summary Model (continued)

| | 2021 | y/y % Chg. | 1Q22 | 2Q22 | 3Q22 | 4Q22 | 2022 | y/y % Chg. | 1Q23 | 2Q23 | 3Q23E | 4Q23E | 2023E | y/y % Chg. | 2024E | y/y % Chg. | 2025E | y/y % Chg. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Capital (%)** | | | | | | | | | | | | | | | | | | |
| Tang common equity / tang assets | 7.0% | -8 bps | 8.5% | 8.6% | 7.8% | 7.6% | 7.6% | 66 bps | 8.2% | 8.7% | 9.1% | 9.4% | 9.4% | 175 bps | 10.0% | 60 bps | 10.7% | 75 bps |
| CET1 | 11.5% | 89 bps | 11.3% | 11.3% | 10.4% | 10.1% | 10.1% | -142 bps | 12.5% | 13.4% | | | | | | | | |
| Tier 1 risk-based ratio | 12.5% | 84 bps | 12.4% | 12.4% | 11.4% | 11.1% | 11.1% | -141 bps | 13.1% | 14.0% | | | | | | | | |
| Total risk based | 14.4% | 54 bps | 14.5% | 14.5% | 13.5% | 13.2% | 13.2% | -117 bps | 14.9% | 15.8% | | | | | | | | |
| Leverage ratio | 7.7% | -49 bps | 9.6% | 9.9% | 9.3% | 9.0% | 9.4% | 173 bps | 16.7% | 9.5% | | | | | | | | |
| Dividend payout ratio | 0.0% | 0 bps | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0 bps | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0 bps | 0.0% | 0 bps | 0.0% | 0 bps |
| **Liquidity (%)** | | | | | | | | | | | | | | | | | | |
| Avg loans / avg deposits | 68.1% | | 70.0% | 72.1% | 76.6% | 77.8% | 74.1% | | 78.8% | 97.2% | 98.8% | 97.3% | 94.2% | | 94.0% | | 93.2% | |
| **Asset Quality ($ mil, %)** | | | | | | | | | | | | | | | | | | |
| Accruing TDRs | - | NM | 2.3 | - | - | - | - | NM | - | - | - | - | - | NM | - | NM | - | NM |
| NPAs (excl accruing TDRs) | 121.0 | -37% | 538.0 | 513.0 | 454.0 | 627.0 | 627.0 | 418% | 828.0 | 929.0 | 929.0 | 929.0 | 929.0 | 48% | 1,240.7 | 34% | 1,656.9 | 34% |
| Reserves | 179.3 | -40% | 848.0 | 850.0 | 882.0 | 922.0 | 231.0 | 29% | 1,605.0 | 1,637.0 | 1,620.4 | 1,595.5 | 887.5 | 284% | 1,595.5 | 80% | 1,595.5 | 0% |
| NCOs | 9.2 | -59% | 15.0 | 22.0 | 18.0 | 24.0 | 79.0 | 758% | 50.0 | 157.0 | 133.0 | 140.9 | 480.9 | 509% | 474.3 | -1% | 502.2 | 6% |
| Reserves / gross loans | 0.55% | -36 bps | 1.29% | 1.25% | 1.26% | 1.30% | 0.33% | -23 bps | 1.16% | 1.23% | 1.22% | 1.21% | 0.67% | 35 bps | 1.15% | 48 bps | 1.09% | -6 bps |
| NPAs/Assets | 0.21% | -18 bps | 0.50% | 0.48% | 0.42% | 0.57% | 0.57% | 37 bps | 0.39% | 0.44% | 0.45% | 0.45% | 0.45% | -13 bps | 0.56% | 12 bps | 0.72% | 16 bps |
| NPAs/Assets (+ accr TDRs) | 0.21% | -18 bps | 0.50% | 0.48% | 0.42% | 0.57% | 0.57% | 37 bps | 0.39% | 0.44% | 0.45% | 0.45% | 0.45% | -13 bps | 0.56% | 12 bps | 0.72% | 16 bps |
| Provision / Avg loans | -0.11% | -30 bps | -0.31% | 0.26% | 0.35% | 0.46% | 0.20% | 31 bps | 0.34% | 0.45% | 0.35% | 0.35% | 0.38% | 18 bps | 0.35% | -3 bps | 0.35% | 0 bps |
| NCOs / avg loans | 0.03% | -4 bps | 0.09% | 0.13% | 0.11% | 0.14% | 0.12% | 9 bps | 0.27% | 0.47% | 0.40% | 0.43% | 0.41% | 29 bps | 0.35% | -6 bps | 0.35% | 0 bps |
| **Noninterest Income Detail** | | | | | | | | | | | | | | | | | | |
| Rental income on operating lease equipment | - | | 84.0 | 77.0 | 80.0 | 89.0 | 330.0 | NA | 88.0 | 91.0 | 81.9 | 77.8 | 338.7 | 3% | 317.1 | -6% | 347.9 | 10% |
| Fee income and other service charges | 38.4 | | 36.0 | 37.0 | 44.0 | 46.0 | 163.0 | 324% | 47.0 | 69.0 | 62.1 | 59.0 | 237.1 | 45% | 241.9 | 2% | 254.9 | 5% |
| Client investment fees | - | | - | - | - | - | - | NA | 2.0 | 52.0 | 46.8 | 43.3 | 144.1 | NA | 168.8 | 17% | 184.0 | 9% |
| Wealth management services | 129.0 | | 35.0 | 37.0 | 35.0 | 35.0 | 142.0 | 10% | 40.0 | 51.0 | 51.8 | 52.5 | 195.3 | 38% | 218.2 | 12% | 231.6 | 6% |
| International fees | - | | - | 2.0 | - | - | 2.0 | NA | 4.0 | 32.0 | 25.0 | 22.5 | 83.5 | 4075% | 85.4 | 2% | 94.1 | 10% |
| Service charges on deposit accounts | 95.4 | | 27.0 | 28.0 | 21.0 | 22.0 | 98.0 | 3% | 24.0 | 44.0 | 45.1 | 46.2 | 159.3 | 63% | 190.8 | 20% | 199.2 | 4% |
| Other core noninterest income | 179.3 | | 98.0 | 102.0 | 108.0 | 98.0 | 406.0 | 126% | 104.0 | 123.0 | 122.9 | 122.9 | 472.8 | 16% | 509.1 | 8% | 531.7 | 4% |
|   Core noninterest income | 442.1 | 14% | 280.0 | 283.0 | 288.0 | 290.0 | 1,141.0 | 158% | 309.0 | 462.0 | 435.5 | 424.3 | 1,630.8 | 43% | 1,731.3 | 6% | 1,843.5 | 6% |
| Realized loss on sale of investment securities | 33.0 | | - | - | - | - | - | -100% | (14.0) | - | - | - | (14.0) | NA | - | -100% | - | NA |
| Fair value adjustment on marketable equity sec | 33.7 | | 3.0 | (6.0) | (2.0) | 2.0 | (3.0) | -109% | (9.0) | (10.0) | - | - | (19.0) | 533% | - | -100% | - | NA |
| Gain on sale of leasing equipment, net | - | | 6.0 | 5.0 | 2.0 | 2.0 | 15.0 | NA | 4.0 | 4.0 | - | - | 8.0 | -47% | - | -100% | - | NA |
| Noncore income | - | | 561.0 | 142.0 | 145.0 | 135.0 | 983.0 | NA | 9,969.0 | 202.0 | - | - | 10,171.0 | 935% | - | -100% | - | NA |
|   **Total noninterest income** | 508.8 | 7% | 850.0 | 424.0 | 433.0 | 429.0 | 1,138.0 | 124% | 10,259.0 | 658.0 | 435.5 | 424.3 | 1,597.8 | 40% | 1,731.3 | 8% | 1,843.5 | 6% |
| **Noninterest Expense Detail** | | | | | | | | | | | | | | | | | | |
| Salaries and benefits | 759.5 | 5% | 356.0 | 345.0 | 351.0 | 354.0 | 1,406.0 | 85% | 420.0 | 775.0 | 790.5 | 802.4 | 2,787.9 | 98% | 3,284.3 | 18% | 3,453.8 | 5% |
| Net occupancy expense | 117.2 | 0% | 48.0 | 48.0 | 47.0 | 48.0 | 191.0 | 63% | 50.0 | 64.0 | 65.3 | 66.6 | 245.9 | 29% | 273.1 | 11% | 284.2 | 4% |
| Equipment expense | 118.7 | 3% | 52.0 | 54.0 | 55.0 | 55.0 | 216.0 | 82% | 58.0 | 133.0 | 119.7 | 107.7 | 418.4 | 94% | 404.7 | -3% | 394.3 | -3% |
| Professional fees | 12.0 | NA | 12.0 | 11.0 | 13.0 | 11.0 | 47.0 | 292% | 11.0 | 21.0 | 21.3 | 21.6 | 74.9 | 59% | 88.7 | 18% | 92.8 | 5% |
| Third-party processing fees | 60.1 | 34% | 24.0 | 26.0 | 27.0 | 26.0 | 103.0 | 71% | 30.0 | 54.0 | 55.1 | 56.2 | 195.3 | 90% | 230.4 | 18% | 239.8 | 4% |
| FDIC insurance expense | 13.6 | 7% | 12.0 | 9.0 | 5.0 | 5.0 | 31.0 | 128% | 18.0 | 22.0 | 21.6 | 21.8 | 83.4 | 169% | 92.4 | 11% | 98.6 | 7% |
| Marketing expense | 6.0 | NA | 8.0 | 9.0 | 15.0 | 21.0 | 53.0 | 783% | 15.0 | 41.0 | 42.0 | 43.1 | 141.1 | 166% | 178.9 | 27% | 189.8 | 6% |
| Other noninterest expense | 112.8 | -29% | 60.0 | 64.0 | 64.0 | 70.0 | 258.0 | 129% | 75.0 | 92.0 | 80.0 | 76.0 | 323.0 | 25% | 311.7 | -4% | 324.3 | 4% |
|   Core cash expenses | 1,199.9 | 2% | 572.0 | 566.0 | 577.0 | 590.0 | 2,305.0 | 92% | 677.0 | 1,202.0 | 1,195.5 | 1,195.4 | 4,269.8 | 85% | 4,864.0 | 14% | 5,077.5 | 4% |
| Amortization of intangibles | 6.0 | NA | 6.0 | 6.0 | 5.0 | 6.0 | 23.0 | 283% | 5.0 | 18.0 | - | - | 23.0 | 0% | - | -100% | - | NA |
| Depreciation on operating lease equipment | - | NA | 81.0 | 89.0 | 87.0 | 88.0 | 345.0 | NA | 89.0 | 91.0 | - | - | 180.0 | -48% | - | -100% | - | NA |
| Merger-related expenses | 28.6 | 64% | 135.0 | 34.0 | 33.0 | 29.0 | 231.0 | 708% | 28.0 | 205.0 | 73.5 | 73.5 | 380.0 | 65% | 270.0 | NA | - | NA |
| Noncore expense | - | NA | (27.0) | 3.0 | 6.0 | - | (18.0) | NA | - | - | 30.0 | - | 30.0 | -267% | - | NA | - | NA |
|   **Total noninterest expense** | 1,234.5 | 4% | 810.0 | 745.0 | 760.0 | 760.0 | 3,075.0 | 149% | 855.0 | 1,572.0 | 1,299.0 | 1,268.9 | 4,994.8 | 62% | 5,134.0 | 3% | 5,077.5 | -1% |

Source: Company reports and J.P. Morgan estimates.

Steven Alexopoulos, CFA [AC]
(1-212) 622-6041
steven.alexopoulos@jpmorgan.com

North America Equity Research
20 September 2023



# Investment Thesis, Valuation and Risks

## First Citizens BancShares, Inc. *(Overweight; Price Target: $1,850.00)*
### Investment Thesis

**100+ Years of Continuity of the Holding Family Leading First Citizens Has Created a Bank That Has Historically Exceeded Peers in the Key Metrics That Drive Value Creation for Shareholders**

Although First Citizens was founded in 1898, or 125 years ago, as the Bank of Smithfield serving farmers (among other businesses and consumers) in North Carolina, the company has expanded today not only across the Southeast U.S. but also to the West Coast over the past couple of decades, spearheaded by the Holding family (including current Chairman/CEO Frank Holding Jr.). The Holding family has been leading the company for the past three generations and has engaged in over a dozen deals that have helped expand the company's footprint from coast to coast. Since the Holding family's first involvement with First Citizens in 1918 through today, various family members have served in positions including CEOs, senior management positions, and as members of the Board of Directors. Since First Citizens BancShares consolidated was created in 1986, the Holding family has been large inside shareholders and today owns ~20% of the outstanding common shares as well as ~50% voting power in the company. In terms of how to think about investing in a bank in which a family controls ~50% of the voting power, we pulled a report card on how the company has fared as it relates to the key metrics that drive the lion's share of value creation among regional banks. In fact, we have published our "Money Making Playbook" for several years now (link to latest version here), and we have concluded that when it comes to making money in regional bank stock the three key drivers of value creation for shareholders are (1) growth of revenue/share, (2) growth of reported EPS, and (3) growth in TBV. Along these lines the data shows that the banks that drive above peer growth on these metrics on a sustained basis have tended to outperform (and by a wide margin), and the set of banks that saw below peer growth in these metrics tended to underperform (and by a wide margin). As we turn to the performance track record of First Citizens, which predates the acquisition of Silicon Valley Bank, we find that First Citizens has delivered growth in each of these three metrics that was well above peers. Moreover, the company exceeded peers (and by a wide margin) not only over each period analyzed (which included 3-, 5-, and 10-year performance), but also the company exceeded peers for each individual metric as well over each period that we examined. We believe the outsized growth of these key metrics directly relates to the family ownership structure of the bank. When we look at the banks that tended to lag on the growth of these key metrics, more often than not it had to do with the management teams taking a short-term view on the business and being unwilling to make investments that would bear fruit over the long term. At First Citizens, however, with over 100 years of continuity of the Holding family leading the company, this is a management team that thinks, acts, and invests for the long term. While we were initially skeptical at the outsized family ownership concentration at First Citizens given that the family controls ~50% of the voting power, at this stage we are much more comfortable with the family's ownership supported by the consistent focus on long-term growth as well as the company more broadly delivering outsized growth in the three key metrics that matter for bank stocks.

Steven Alexopoulos, CFA [AC]
(1-212) 622-6041
steven.alexopoulos@jpmorgan.com

North America Equity Research
20 September 2023



### Building on History but Moving in a New Direction as Best Days for SVB Franchise Could Lie Ahead

On March 27, 2023, the FDIC announced that First Citizens had won a bid to purchase Silicon Valley Bridge Bank (the U.S. operations of SVB excluding the investment bank) and SVB Private (bank) after SVB entered FDIC receivership on March 12. At the time, SVB represented the second largest FDIC-assisted bank failure in U.S. history (since surpassed by First Republic in early May 2023), and First Citizens was a top 20 bank in the U.S. as ranked by assets. We note that SVB's failure was due to management actions—including investing strong deposit growth in 2021 and 2022 into longer-duration securities that eventually led to the bank sitting on a large unrealized loss position as rates rose in 2022 and early 2023. While management actions of the former SVB led to the demise of the bank, however, we believe that the underlying business at Silicon Valley Bank was among the most valuable in the U.S. with the company being *the* bank of the innovation economy. While it was difficult to lose SVB from our coverage after the company failed, as we evaluate the combination of (1) the First Citizens management team being one that thinks and acts for the long-term combined with (2) the opportunity for SVB to regain its former distinction in the innovation economy, while challenges remain, we are optimistic that the best days for the SVB franchise might not only still be in front of the company, but as an investment, the opportunity for First Citizens' shareholders appears to us to be even more powerful with the company being a part of First Citizens. We have (literally) given hundreds of teach-ins on the Silicon Valley Bank business model over the past decade plus, and, while we were always very bullish on the long-term potential of the franchise, we were always very transparent with investors that the key weakness of the model was that SVB tended to generate about 8-10x more deposits from its core customers than loans to its core customers. At its core, this is the very nature of companies in the technology industry given infrastructure-light business models that generate incredible cash and don't need to borrow very much (just consider Apple, which today sits on $62B in cash and securities compared to $11B in borrowings). This generation of much more deposits than loans at SVB led directly to the company having a (very) outsized securities portfolio. With SVB now being part of First Citizens, however, what this company brings to the table is ample capacity to generate high-quality loans. This relates in large part to the acquisition of CIT by First Citizens in 2020. In fact, CIT had the opposite issue compared to SVB in that it tended to provide many more loans to its core customers than it could generate in deposits. As a result, with SVB now being part of First Citizens, we see a combined company emerging that still maintains a well above-peer growth profile but now combined with a much more balanced risk profile. While the acquisition of certain parts of SVB's business catapulted First Citizens' assets, we note that the company's three other segments—General Bank, Commercial Bank, and Rail (which owns a fleet of railcars that are leased to railroads and shipping companies to transport agricultural and other products)—still represent, on a combined basis, about half of First Citizens' assets today. In terms of realizing the potential of this new company, we also believe that First Citizens management is providing fertile ground in order to "let SVB be SVB," particularly with SVB now being run by long-time SVB veteran Marc Cadieux (SVB's former Chief Credit Officer).

### Story Not Without Risks, but Given Substantial Potential Rewards We Initiate Coverage on First Citizens at Overweight with an $1,850 Dec 2024 Price Target

With SVB previously being the bank of the innovation economy, its secret sauce was historically its unique ability to offer startups deep industry expertise as well as access to a web of valuable industry connections in the startup ecosystem that would substantially decrease their odds of failure (note that more than 90% of startups fail). Tied to SVB historically being in such a unique position, it essentially operated with deep moats and very

Steven Alexopoulos, CFA [AC]
(1-212) 622-6041
steven.alexopoulos@jpmorgan.com

North America Equity Research
20 September 2023

J.P.Morgan

little direct competition. With that said, however, post the company being taken into receivership not only did many employees defect to other banks, but the franchise was split up with the international business as well as the investment bank not being part of the business that was acquired by First Citizens. As a result, at least at this juncture, not only does SVB under First Citizens have more competition than before, but the company is now also competing with a more limited value proposition (with international and the investment bank each contributing to a more vast ecosystem of resources to bring to bear to the venture/startup community). As a result, this story is not without risks, with the potential end result being similar to what occurred when AT&T's monopoly over telephone services was broken into three separate companies (which became known as the "baby bells"). With that said, however, having covered SVB stock dating back to the GFC as well as having met with dozens of the company's startup and VC customers over that time, we believe there is a sense of the innovation community itself desiring to restore SVB back to its former self. As a result, we would not be surprised at all if it is the very customers of the startup ecosystem that come back together to help in rebuilding the SVB franchise. Combined with First Citizens management also providing tremendous support to allow SVB to return to its former dominant position in the ecosystem, we see the potential to create an even stronger version of SVB. In fact, while we think it unlikely that the company would again pursue investment banking, we would not be surprised (at all) if this new version of SVB looks to reclaim some of the foreign business that has been lost. While the key to SVB's long-term success will eventually be the culture of the former company being resurrected, here we find *many* similarities to the legacy SVB culture and the culture of First Citizens. Turning to the stock, with FCNCA shares trading at only 0.9x TBV, or at a 16% discount to peers, we see total return potential for the stock as being above peers. As a result, we initiate coverage on First Citizens at Overweight with an $1,850 Dec 2024 price target with the stock also becoming one of our top picks.

## Valuation

FCNCA shares trade at 8.0x 2023E EPS (in line with peers) and 7.6x 2024E EPS or at a 5% discount to our broader coverage group. FCNCA shares also trade at 0.90x 2024E TBV or a 16% discount to our broader coverage group. Our December 2024 price target of $1,850 assumes shares trade at 1.23x 2024E TBV or an 8% discount to our coverage universe median. While our December 2024 price target assumes FCNCA shares trade at a discount to our coverage universe median, at this stage we are taking a more conservative view with our price target as we see the SVB combination with First Citizens continue to play out in the coming quarters.

## Risks to Rating and Price Target

We believe there are five primary risks to our Overweight rating and price target.

**Downside: Integration of SVB Acquisition and Realization of Long-Term Growth Potential**

While First Citizens won a bid to purchase Silicon Valley Bridge Bank (the U.S. operations of SVB, excluding the investment bank) and SVB Private after SVB entered FDIC receivership on March 12, we are closely watching the ability of the combined company to generate a well-above-peer growth profile combined with a much more balanced risk profile. With the potential to realize this supported by First Citizens management letting "SVB be SVB" and SVB now being run by long-time SVB veteran Marc Cadieux (SVB's former Chief Credit Officer), should the integration of SVB into First Citizens not realize its full potential, FCNCA shares could underperform peers.

Steven Alexopoulos, CFA AC
(1-212) 622-6041
steven.alexopoulos@jpmorgan.com

North America Equity Research
20 September 2023



JPMS plc has been prepared in accordance with JPMS plc's policy for prevention and avoidance of conflicts of interest related to the production of Research which can be found at the following link: J.P. Morgan EMEA - Research Independence Policy. **U.S**.: J.P. Morgan Securities LLC ("JPMS") is a member of the NYSE, FINRA, SIPC, and the NFA. JPMorgan Chase Bank, N.A. is a member of the FDIC. Material published by non-U.S. affiliates is distributed in the U.S. by JPMS who accepts responsibility for its content.

**General:** Additional information is available upon request. The information in this material has been obtained from sources believed to be reliable. While all reasonable care has been taken to ensure that the facts stated in this material are accurate and that the forecasts, opinions and expectations contained herein are fair and reasonable, JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) make no representations or warranties whatsoever to the completeness or accuracy of the material provided, except with respect to any disclosures relative to J.P. Morgan and the Research Analyst's involvement with the issuer that is the subject of the material. Accordingly, no reliance should be placed on the accuracy, fairness or completeness of the information contained in this material. There may be certain discrepancies with data and/or limited content in this material as a result of calculations, adjustments, translations to different languages, and/or local regulatory restrictions, as applicable. These discrepancies should not impact the overall investment analysis, views and/or recommendations of the subject company(ies) that may be discussed in the material. J.P. Morgan accepts no liability whatsoever for any loss arising from any use of this material or its contents, and neither J.P. Morgan nor any of its respective directors, officers or employees, shall be in any way responsible for the contents hereof, apart from the liabilities and responsibilities that may be imposed on them by the relevant regulatory authority in the jurisdiction in question, or the regulatory regime thereunder. Opinions, forecasts or projections contained in this material represent J.P. Morgan's current opinions or judgment as of the date of the material only and are therefore subject to change without notice. Periodic updates may be provided on companies/industries based on company-specific developments or announcements, market conditions or any other publicly available information. There can be no assurance that future results or events will be consistent with any such opinions, forecasts or projections, which represent only one possible outcome. Furthermore, such opinions, forecasts or projections are subject to certain risks, uncertainties and assumptions that have not been verified, and future actual results or events could differ materially. The value of, or income from, any investments referred to in this material may fluctuate and/or be affected by changes in exchange rates. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Past performance is not indicative of future results. Accordingly, investors may receive back less than originally invested. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. This material may include views on structured securities, options, futures and other derivatives. These are complex instruments, may involve a high degree of risk and may be appropriate investments only for sophisticated investors who are capable of understanding and assuming the risks involved. The recipients of this material must make their own independent decisions regarding any securities or financial instruments mentioned herein and should seek advice from such independent financial, legal, tax or other adviser as they deem necessary. J.P. Morgan may trade as a principal on the basis of the Research Analysts' views and research, and it may also engage in transactions for its own account or for its clients' accounts in a manner inconsistent with the views taken in this material, and J.P. Morgan is under no obligation to ensure that such other communication is brought to the attention of any recipient of this material. Others within J.P. Morgan, including Strategists, Sales staff and other Research Analysts, may take views that are inconsistent with those taken in this material. Employees of J.P. Morgan not involved in the preparation of this material may have investments in the securities (or derivatives of such securities) mentioned in this material and may trade them in ways different from those discussed in this material. This material is not an advertisement for or marketing of any issuer, its products or services, or its securities in any jurisdiction.

**Confidentiality and Security Notice**: This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. This message is subject to electronic monitoring: https://www.jpmorgan.com/disclosures/email

**MSCI:** Certain information herein ("Information") is reproduced by permission of MSCI Inc., its affiliates and information providers ("MSCI") ©2023. No reproduction or dissemination of the Information is permitted without an appropriate license. MSCI MAKES NO EXPRESS OR IMPLIED WARRANTIES (INCLUDING MERCHANTABILITY OR FITNESS) AS TO THE INFORMATION AND DISCLAIMS ALL LIABILITY TO THE EXTENT PERMITTED BY LAW. No Information constitutes investment advice, except for any applicable Information from MSCI ESG Research. Subject also to msci.com/disclaimer

"Other Disclosures" last revised August 05, 2023.

**Copyright 2023 JPMorgan Chase & Co. All rights reserved. This material or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

Completed 19 Sep 2023 11:32 PM EDT                                                                                         Disseminated 20 Sep 2023 12:15 AM EDT