# Exhibit 5



NEWSROOM HOME | **LATEST PRESS RELEASES** | VIEWPOINTS | IN THE NEWS | MEDIA GALLERY

# Marc Cadieux Appointed President of Silicon Valley Bank Commercial

*First Citizens Bank named former SVB Chief Credit Officer to lead the industry's most experienced commercial banking team dedicated to the innovation economy*

RALEIGH, N.C., June 8, 2023 /PRNewswire/ -- **First Citizens Bank today announced that** Marc Cadieux, a 30-year veteran of Silicon Valley Bank (SVB), **has been appointed** President of Silicon Valley Bank's commercial banking business. Based in the California Bay Area, Cadieux leads an SVB Commercial team of more than 1,000 experienced bankers nationwide who are dedicated to the innovation economy. Cadieux reports to Peter Bristow, president of First Citizens Bank.

SVB has been the leader in serving the innovation economy for 40 years. Following its recent acquisition by First Citizens, the SVB Commercial division continues to provide specialized banking solutions, industry partnerships, and leading market insights and expertise to companies and investors in the technology, life sciences and healthcare, private equity, and venture capital sectors.



"We recognize SVB Commercial's critical role in the innovation economy and the success the team continues to have in serving clients," said Bristow. "Marc has been key to that success, and with his impressive industry experience, credit acumen and three-decade tenure at SVB, he and his team will continue to play a critical role in advancing SVB's unique strategy and business model. We are committed to enabling our SVB Commercial division to be the most sought-after financial partner to clients in the innovation economy."

Averaging 21 years in banking at SVB, the SVB Commercial leadership team has deep market, segment and executive leadership and includes SVB veterans Jesse Hurley, head of Global Fund Banking; Gagan Kanjlia, chief product officer; Joan Parsons, head of Technology and Life Science Banking and Michael Tramack, head of Loan Administration.

"Over my career at SVB, I've seen firsthand the unmatched value and support we bring to our clients though economic cycles," said Cadieux. "I'm humbled to be in this new role as president of SVB Commercial and looking forward to the opportunities ahead to help our clients meet their ambitious goals. Our leadership team includes industry and company veterans who have the experience and expertise to drive our business forward and deliver for our clients as they continue to grow and scale."

Prior to his current role, Cadieux held various senior roles at SVB including, most recently, chief credit officer, where he oversaw credit policy and process, credit underwriting, loan approval and portfolio management activities. He also held various roles in credit, sales and relationship management including assistant chief credit officer, Peninsula region manager, and risk manager for the Eastern U.S. division as well as the U.K., Israel and Canada.

Cadieux is a strong advocate of expanding opportunities for those who are underrepresented in the innovation economy. He served as an executive sponsor for the company's Women's Employee Resource Group focused on professional and career building opportunities. Prior to joining SVB in 1992, Cadieux worked at Pacific Western Bank and Bank of New England. He earned a bachelor's degree in economics from Colby College.

A division of First Citizens Bank, SVB Commercial is the bank of the world's most innovative companies and investors. SVB provides commercial and private banking to individuals and companies in the technology, life science and healthcare, private equity, venture capital and premium wine industries. SVB operates in centers of innovation throughout the United States, serving the unique needs of its dynamic clients with deep sector expertise, insights and connections Learn more at svb.com.

**About First Citizens Bank**
First Citizens Bank helps personal, business, commercial and wealth clients build financial strength that lasts. Headquartered in Raleigh, N.C., and now celebrating the 125th anniversary of its founding, First Citizens has built a unique legacy of strength, stability and long-term thinking that has spanned generations. First Citizens offers an array of general banking services including a network of more than 550 branches in 23 states and commercial banking expertise delivering best-in-class lending, leasing and other financial services coast to coast. Parent company First Citizens BancShares, Inc. (NASDAQ: FCNCA) is a top 20 U.S. financial institution with more than $200 billion in assets. First Citizens Bank, Member FDIC. Discover more at firstcitizens.com.

**Media Contact**
John M. Moran
212-461-5507
john.moran2@firstcitizens.com

SOURCE First Citizens Bank