Lorraine B. Echavarria (CA SBN 191860)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Email: lori.echavarria@wilmerhale.com

Philip D. Anker (appearance pro hac vice)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Email: philip.anker@wilmerhale.com

Michael A. Mugmon (CA SBN 251958)
Caleb J. Lin (CA SBN 316869)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (628) 235-1000
Email: michael.mugmon@wilmerhale.com
Email: caleb.lin@wilmerhale.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR SILICON VALLEY BANK,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY BECKER, DANIEL BECK, MARC CADIEUX, MICHAEL DESCHENEAUX, MICHAEL KRUSE, LAURA IZURIETA, ERIC BENHAMOU, ROGER DUNBAR, JOEL FRIEDMAN, MARY MILLER, KATE MITCHELL, BEVERLY MATTHEWS, GAREN STAGLIN, ELIZABETH BURR, RICHARD DANIELS, ALISON DAVIS, AND JEFFREY MAGGIONCALDA,<br><br>Defendants. | Case No. 5:25-CV-00569-NW<br><br>**DECLARATION OF PHILIP D. ANKER IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS COMPLAINT**<br><br>Date: September 10, 2025<br>Time: 9:00 AM<br>Judge: The Honorable Noël Wise<br>Courtroom: 3, 5th Floor |

**DECLARATION OF PHILIP D. ANKER**

I, Philip D. Anker, declare as follows:

1. I am an attorney duly licensed to practice law in the State of New York and the District of Columbia and am admitted to appear pro hac vice before this Court. I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for defendants Eric Benhamou, Elizabeth Burr, Richard Daniels, Alison Davis, Roger Dunbar, Joel Friedman, Jeffrey Maggioncalda, Beverly Kay Matthews, Mary Miller, Kate Mitchell, and Garen Staglin (together, the "Director Defendants") in the above-entitled action. Additionally, defendants Daniel J. Beck, Gregory W. Becker, Marc Cadieux, Michael Descheneaux, Michael Kruse, and Laura Izurieta ("Officer Defendants," and, together with Director Defendants, "Defendants") jointly submit with Director Defendants this Request for Judicial Notice. I respectfully submit this declaration in support of the Director Defendants' Motion to Dismiss the Complaint, the Officer Defendants' Motion to Dismiss the Complaint, and the contemporaneously filed Request for Judicial Notice. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 are true and correct excerpts from SVB Financial Group's Form 8-K filed with the United States Securities and Exchange Commission ("SEC") on March 8, 2023;

3. Attached hereto as Exhibit 2 are true and correct excerpts from SVB Financial Group's 2021 Form 10-K filed with the SEC on March 1, 2022;

4. Attached hereto as Exhibit 3 are true and correct excerpts from SVB Financial Group's 2022 Form 10-K filed with the SEC on February 24, 2023;

5. Attached hereto as Exhibit 4 are true and correct excerpts from SVB Financial Group's Q1 2022 Form 10-Q filed with the SEC on May 6, 2022;

6. Attached hereto as Exhibit 5 are true and correct excerpts from SVB Financial Group's Q2 2022 Form 10-Q filed with the SEC on August 8, 2022;

7. Attached hereto as Exhibit 6 are true and correct excerpts from SVB Financial Group's Q3 2022 Form 10-Q, filed with the SEC on November 7, 2022;

8. Attached hereto as Exhibit 7 are true and correct excerpts from SVB Financial Group's Form 8-K, filed with the SEC on October 20, 2022;

9. Attached hereto as Exhibit 8 are true and correct excerpts from SVB Financial Group's Schedule 14A, filed with the SEC on March 3, 2023;

10. Attached hereto as Exhibit 9 is a true and correct copy of the Federal Reserve Board of San Francisco (FRBSF) and California Department of Financial Protection and Innovation (DFPI) Report Commercial Bank Examination, dated April 13, 2020;

11. Attached hereto as Exhibit 10 is a true and correct copy of the Federal Reserve's Summary of Economic Projections Released at 2:00 p.m., EST, on December 16, 2020;

12. Attached hereto as Exhibit 11 is a true and correct copy of the FRBSF and DFPI Report of Joint Examination re SVB, dated May 3, 2021;

13. Attached hereto as Exhibit 12 is a true and correct copy of the FRBSF and DFPI letter to SVB, dated August 17, 2022;

14. Attached hereto as Exhibit 13 are true and correct excerpts from FDIC Annual Report 2022;

15. Attached hereto as Exhibit 14 is a true and correct copy of FRBSF and DFPI letter to SVB, dated November 15, 2022;

16. Attached hereto as Exhibit 15 is a true and correct copy of the DFPI Order Taking Possession of Property and Business re SVB, dated March 10, 2023; and

17. Attached hereto as Exhibit 16 is a true and correct copy of SVB's Articles of Incorporation, dated June 29, 1988.

Dated: April 16, 2025

Respectfully Submitted,

   */s/ Philip D. Anker*

Philip D. Anker (appearance pro hac vice)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
philip.anker@wilmerhale.com

Lorraine B. Echavarria (CA SBN 191860)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
lori.echavarria@wilmerhale.com

Michael A. Mugmon (CA SBN 251958)
Caleb J. Lin (CA SBN 316869)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
michael.mugmon@wilmerhale.com
caleb.lin@wilmerhale.com

*Counsel for Defendants Eric Benhamou, Elizabeth Burr, Richard Daniels, Alison Davis, Roger Dunbar, Joel Friedman, Jeffrey Maggioncalda, Beverly Kay Matthews, Mary Miller, Kate Mitchell, and Garen Staglin*