| | |
|---|---|
| 1 | Peter Spivack (CA Bar No. 136909)<br>**HOGAN LOVELLS US LLP**<br>555 13th Street, NW<br>Washington, DC 20004-1109<br>Tel: (202) 637-5600<br>Fax: (202) 637-5910<br>peter.spivack@hoganlovells.com |

Megan Nishikawa (CA Bar No. 271670)
**HOGAN LOVELLS US LLP**
4 Embarcadero Center
Suite 3500
San Francisco, CA 94111
Tel: (415) 374-2300
Fax: (415) 374-2499
megan.nishikawa@hoganlovells.com

*Attorneys for Michael Descheneaux*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORP., AS RECEIVER FOR SILICON VALLEY BANK,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY BECKER, DANIEL BECK, MARC CADIEUX, MICHAEL DESCHENEAUX, MICHAEL KRUSE, LAURA IZURIETA, ERIC BENHAMOU, ROGER DUNBAR, JOEL FRIEDMAN, MARY MILLER, KATE MITCHELL, BEVERLY MATTHEWS, GAREN STAGLIN, ELIZABETH BURR, RICHARD DANIELS, ALISON DAVIS, AND JEFFREY MAGGIONCALDA,<br><br>Defendants. | Case No. 5:25-cv-00569-NW<br><br>The Honorable Noël Wise<br><br>**DEFENDANT MICHAEL DESCHENEAUX'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>Date: September 10, 2025<br>Time: 9:00 a.m.<br>Courtroom: San Jose Courthouse, Courtroom 3 – 5th Floor<br><br>*[Memorandum of Points and Authorities in Support of Motion to Dismiss, Notice of Joinder and Joinder, Request for Judicial Notice, Declaration of Peter Spivack, and [Proposed] Orders filed concurrently herewith]* |

# NOTICE OF MOTION AND MOTION TO DISMISS

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on September 10, 2025, at 9:00 a.m., or as soon thereafter as this matter may be heard before the Honorable Noël Wise, in Courtroom 3 of the United States District Court of California in San Jose, California, Defendant Michael Descheneaux ("Mr. Descheneaux") will and hereby does move this Court for an order dismissing Plaintiff's Complaint (the "Complaint") in its entirety based on Federal Rules of Civil Procedure 12(b)(6) and 8(b).

The motion is based on this Notice of Motion and Motion and the concurrently filed Memorandum of Points and Authorities and Request for Judicial Notice, all pleadings and papers filed in this action, any oral argument of counsel, and any other matters that may come before the Court.

Dated: April 16, 2025          Respectfully submitted,

                               HOGAN LOVELLS US LLP

                               By:  */s/ Peter Spivack*
                                    Peter Spivack

                               Attorney for Defendant Michael Descheneaux

- 1 -