1  Peter Spivack (CA Bar No. 136909)
   **HOGAN LOVELLS US LLP**
2  555 13th Street, NW
   Washington, DC 20004-1109
3  Tel: (202) 637-5600
   Fax: (202) 637-5910
4  peter.spivack@hoganlovells.com

5  Megan Nishikawa (CA Bar No. 271670)
   **HOGAN LOVELLS US LLP**
6  4 Embarcadero Center
   Suite 3500
7  San Francisco, CA 94111
   Tel: (415) 374-2300
8  Fax: (415) 374-2499
   megan.nishikawa@hoganlovells.com

10 *Attorneys for Michael Descheneaux*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORP., AS RECEIVER FOR SILICON VALLEY BANK, <br><br> Plaintiff, <br><br> v. <br><br> GREGORY BECKER, DANIEL BECK, MARC CADIEUX, MICHAEL DESCHENEAUX, MICHAEL KRUSE, LAURA IZURIETA, ERIC BENHAMOU, ROGER DUNBAR, JOEL FRIEDMAN, MARY MILLER, KATE MITCHELL, BEVERLY MATTHEWS, GAREN STAGLIN, ELIZABETH BURR, RICHARD DANIELS, ALISON DAVIS, AND JEFFREY MAGGIONCALDA, <br><br> Defendants. | Case No. 5:25-cv-00569-NW <br><br> The Honorable Noël Wise <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT MICHAEL DESCHENEAUX'S MOTION TO DISMISS** <br><br> Date: September 10, 2025 <br> Time: 9:00 a.m. <br> Courtroom: San Jose Courthouse, Courtroom 3 – 5th Floor |

# [PROPOSED] ORDER

On or about April 16, 2025, Defendant Michael Descheneaux ("Mr. Descheneaux") moved to dismiss the Complaint in the above-entitled action pursuant to Federal Rules of Civil Procedure 12(b)(6) and 8(b).

Having read and considered Mr. Descheneaux's filings and arguments, and good cause appearing, the Court hereby GRANTS the Motion to Dismiss the Complaint on the grounds that it fails to state a claim upon which relief may be granted.

**IT IS SO ORDERED.**

Dated: _____, 2025        _____

Noël Weis
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANT MICHAEL
DESCHENEAUX'S MOTION TO DISMISS
CASE NO. 5:25-CV-00569-NW