1  Lynn R. Fiorentino (SBN 226691)
2  44 Montgomery Street, 38th Floor
   ARENTFOX SCHIFF LLP
3  San Francisco, CA 94104
   Phone: 415-757-5500
4  Email: lynn.fiorentino@afslaw.com

5  Lawrence H. Heftman (*pro hac vice*)
   David C. Giles (*pro hac vice*)
6  Michael K. Molzberger (*pro hac vice*)
   ARENTFOX SCHIFF LLP
7  233 S. Wacker Dr., Suite 7100
   Chicago, IL 60606
8  Phone: 312-258-500
9  Email: lawrence.heftman@afslaw.com
           david.giles@afslaw.com
10         michael.molzberger@afslaw.com

Stephen Sorensen (SBN 199408)
Elliot McGraw (SBN 275613)
BAILEY GLASSER
1055 Thomas Jefferson, Suite 540
Washington, DC 20007
Phone: 202-463-2101
Email: ssorensen@baileyglasser.com
       emcgraw@baileyglassser.com

*[Additional Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR SILICON VALLEY BANK,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY BECKER, DANIEL BECK, MARC CADIEUX, MICHAEL DESCHENEAUX, MICHAEL KRUSE, LAURA IZURIETA, ERIC BENHAMOU, ROGER DUNBAR, JOEL FRIEDMAN, MARY MILLER, KATE MITCHELL, BEVERLY MATTHEWS, GAREN STAGLIN, ELIZABETH BURR, RICHARD DANIELS, ALISON DAVIS, AND JEFFREY MAGGIONCALDA,<br><br>Defendants. | Case No. 5:25-cv-00569-NW<br><br>**STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS** |

**STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS**

Pursuant to N.D. Cal. Civil Local Rule 6-2 and 7-12, Plaintiff Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank ("FDIC-R") and Defendants Gregory Becker, Daniel Beck, Marc Cadieux, Michael Descheneaux, Michael Kruse, Laura Izurieta, Eric Benhamou, Roger Dunbar, Joel Friedman, Mary Miller, Kate Mitchell, Beverly Matthews, Garen Staglin, Elizabeth Burr, Richard Daniels, Alison Davis, and Jeffrey Maggioncalda ("Defendants," together with FDIC-R, the "Parties") submit this Joint Stipulation and Proposed Order.

WHEREAS, on April 16, 2025, Defendants Gregory Becker, Daniel Beck, Marc Cadieux, Michael Descheneaux, Michael Kruse, and Laura Izurieta (collectively, the "Officer Defendants") filed a motion to dismiss (ECF 99, the "Officer Defendants' Motion"); and Defendants Eric Benhamou, Roger Dunbar, Joel Friedman, Mary Miller, Kate Mitchell, Beverly Matthews, Garen Staglin, Elizabeth Burr, Richard Daniels, Alison Davis, and Jeffrey Maggioncalda (collectively, the "Director Defendants") also filed a motion to dismiss (ECF 103, the "Directors Defendants' Motion," and together with the Officer Defendants' Motion, the "Motions to Dismiss");

WHEREAS, on April 16, 2025, certain of the Officer Defendants filed supplemental briefs, joinders, and/or requests for judicial notice, each of them five pages or less in length, in connection with the Motions to Dismiss (ECF 100, 101, 102, 104, 105, and 106 collectively, the "Joinders");

WHEREAS, Plaintiff's deadline to file oppositions to the Motions to Dismiss and Joinders is April 30, 2025 (*see* L.R. 7-3(a)), and Defendants' deadline to file their replies is May 7, 2025 (*see* L.R. 7-3(c));

WHEREAS, these motions are set for hearing on September 10, 2025 (ECF 99-100, 102-105);

WHEREAS, counsel for the Parties have met and conferred regarding the briefing schedule for Defendants' Motions to Dismiss and Joinders and have agreed that more time would be appropriate to address the Motions to Dismiss and Joinders. The Parties have agreed that Plaintiff's deadline to file oppositions to Defendants' Motions to Dismiss and Joinders may be extended to June 25, 2025, and Defendants' deadline to file replies may be extended to August 6, 2025. The Parties have further agreed that Plaintiff may file a combined opposition of up to 50 pages to the

**STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS**

two Motions to Dismiss docketed at ECF Nos. 99 and 103, or alternatively file separate oppositions to each of the two Motions to Dismiss of no more than 25 pages each. The Parties have further agreed that Plaintiff may file individual oppositions to the Joinders of no more than five pages each.

WHEREAS, this is the Parties' first request to extend the briefing deadlines for oppositions to and replies in support of Defendants' motions to dismiss;

WHEREAS, this briefing schedule will not extend any other case deadlines.

NOW, THEREFORE, the Parties stipulate and request that (a) Plaintiff's deadline to file oppositions to Defendants' Motions to Dismiss and Joinders be extended to June 25, 2025, (b) Defendants' deadline to file replies be extended to August 6, 2025, and (c) Plaintiff may file a combined opposition of up to 50 pages to the two Motions to Dismiss docketed at ECF Nos. 99 and 103, or alternatively file separate oppositions to each of the two Motions to Dismiss of no more than 25 pages each, and (d) Plaintiff may file individual oppositions to the Joinders of no more than five pages each.

IT IS SO STIPULATED.

Dated: April 30, 2025

**ARENTFOX SCHIFF LLP**

/s/ *Lawrence Heftman*
LAWRENCE HEFTMAN, *admitted pro hac vice*
(lawrence.heftman@afslaw.com)
DAVID C. GILES, *admitted pro hac vice*
(david.giles@afslaw.com)
MICHAEL K. MOLZBERGER, *admitted pro hac vice*
(michael.molzberger@afslaw.com)
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Tel: (312) 258-5500

LYNN R. FIORENTINO
(lynn.fiorentino@afslaw.com)
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
Tel: (415) 757-5503

*Counsel for Plaintiff Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank*

**BAILEY GLASSER LLP**

**STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS**

|   |   |
|---|---|
| 1 | STEPHEN SORENSEN |
| 2 | (ssorensen@baileyglasser.com)<br>ELLIOTT MCGRAW |
| 3 | (emcgraw@baileyglasser.com)<br>1055 Thomas Jefferson, Suite 540 |
| 4 | Washington, DC 20007<br>Tel: (202) 463-2101 |
| 5 | *Counsel for Plaintiff Federal Deposit Insurance* |
| 6 | *Corporation as Receiver for Silicon Valley Bank* |
| 7 | Dated: April 30, 2025     **GIBSON, DUNN & CRUTCHER LLP** |
| 8 | /s/ *Barry Berke* |
| 9 | BARRY BERKE, *admitted pro hac vice*<br>(bberke@gibsondunn.com) |
| 10 | DARREN LAVERNE, *admitted pro hac vice*<br>(dlaverne@gibsondunn.com) |
| 11 | DANIEL KETANI, *admitted pro hac vice*<br>(dketani@gibsondunn.com) |
| 12 | 200 Park Avenue<br>New York, NY 10166-0193 |
| 13 | Tel: (212) 351-4000<br>Fax: (212) 351-4035 |
| 14 | MICHAEL D. CELIO |
| 15 | (mcelio@gibsondunn.com)<br>One Embarcadero Center, Suite 2600 |
| 16 | San Francisco, CA 94111-3715<br>Tel: (415) 393-8200 |
| 17 | Fax: (415) 393-8306 |
| 18 | *Counsel for Defendant Daniel J. Beck* |
| 19 | Dated: April 30, 2025     **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| 20 | /s/ *James N. Kramer* |
| 21 | JAMES N. KRAMER<br>(jkramer@orrick.com) |
| 22 | 405 Howard Street<br>San Francisco, CA 94105-2669 |
| 23 | Tel: (415) 773-5900<br>Fax: (415) 773-5759 |
| 24 | KEVIN M. ASKEW |
| 25 | (kaskew@orrick.com)<br>355 S. Grand Ave. |
| 26 | 27th Floor<br>Los Angeles, CA 90071 |
| 27 | Tel: (213) 629-2020 |
| 28 |   |

**STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS**

JAMES D. HOUGHTON, *admitted pro hac vice*
(jhoughton@orrick.com)
222 Berkeley Street
Suite 2000
Boston, MA 02116
Tel: 617-880-1923
Fax: 617-880-1801

*Counsel for Defendant Gregory W. Becker*

Dated:  April 30, 2025                **WILMER CUTLER PICKERING HALE AND DORR LLP**

*/s/ Philip D. Anker*
PHILIP D. ANKER, *admitted pro hac vice*
(philip.anker@wilmerhale.com)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8890

LORRAINE BEAMAN ECHAVARRIA
(lori.echavarria@wilmerhale.com)
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Tel: (213) 443-5325

MICHAEL A. MUGMON
(michael.mugmon@wilmerhale.com)
CALEB JONATHAN LIN
(caleb.lin@wilmerhale.com)
50 California Street
Ste 3600
San Francisco, CA 94111
Tel: (628) 235-1059
Fax: (628) 235-1001

ERIKA M. SCHUTZMAN, *admitted pro hac vice*
(erika.schutzman@wilmerhale.com)
60 State Street
Boston, MA 02109
Tel: (617) 526-6590

*Counsel for Defendants Eric Benhamou, Roger Dunbar, Joel Friedman, Mary Miller, Kate Mitchell, Beverly Matthews, Garen Staglin, Elizabeth Burr, Richard Daniels, Alison Davis, Jeffrey Maggioncalda*

Dated:  April 30, 2025                **LATHAM & WATKINS LLP**

**STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS**

|   |   |
|---|---|
|   | /s/ Christopher L. Garcia |
|   | CHRISTOPHER L. GARCIA, *admitted pro hac vice* (christopher.garcia@lw.com) |
|   | RAQUEL KELLERT, *admitted pro hac vice* (raquel.kellert@lw.com) |
|   | MATTHEW P. VALENTI, *admitted pro hac vice* (matthew.valenti@lw.com) |
|   | 1271 Avenue of the Americas |
|   | New York, NY 10020 |
|   | Tel: (212) 906-1200 |
|   | Fax: (212) 751-4864 |
|   |   |
|   | ALEXANDER WYMAN |
|   | (alex.wyman@lw.com) |
|   | 355 S. Grand Avenue |
|   | Ste 100 |
|   | Los Angeles, CA 90071 |
|   | Tel: (213) 485-1234 |
|   |   |
|   | *Counsel for Defendant Michael Kruse* |

Dated: April 30, 2025            **MORRISON & FOERSTER LLP**

/s/ Jordan Eth
JORDAN ETH
(jeth@mofo.com)
425 Market Street
San Francisco, CA 94105-2482
Tel: (415) 268-7126
Fax: (415) 268-7522

JAMIE A. LEVITT, *admitted pro hac vice*
(jlevitt@mofo.com)
250 West 55th Street
New York, NY 10019
Tel: (212) 468-8000
Fax: (212) 468-7900

*Counsel for Defendant Marc Cadieux*

Dated: April 30, 2025            **HOGAN LOVELLS US LLP**

/s/ Peter G. Spivack
PETER G. SPIVACK
(peter.spivack@hoganlovells.com)
555 13th Street, NW
Washington, DC 20004
Tel: (202) 637-5631

MEGAN R. NISHIKAWA
(megan.nishikawa@hoganlovells.com)
4 Embarcadero Center, Suite 3500

**STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS**

| | |
|---|---|
| 1 | San Francisco, CA 94111 |
| 2 | Tel: (415) 374-2300 |
| 3 | NICHOLAS LAURIDSEN |
| | (nicholas.lauridsen@hoganlovells.com) |
| | 1999 Avenue of the Stars |
| 4 | Suite 1400 |
| | Los Angeles, CA 90067 |
| 5 | Tel: (310) 785-4736 |
| 6 | *Counsel for Defendant Michael Descheneaux* |

Dated: April 30, 2025  **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

*/s/ Mark R.S. Foster*
MARK R.S. FOSTER
(mark.foster@skadden.com)
525 University Avenue
Palo Alto, CA 94301
Tel: (650) 470-4580

DAVID MEISTER, *admitted pro hac vice*
(david.meister@skadden.com)
One Manhattan West
New York, NY 10001-8602
Tel: (212) 735-2100

ANITA B. BANDY, *admitted pro hac vice*
(anita.bandy@skadden.com)
1440 New York Avenue, N.W.
Washington, DC 20005
Tel: (202) 371-7570
Fax: (202) 393-5760

ABIGAIL ELIZABETH DAVIS, *admitted pro hac vice*
(abigail.sheehan@skadden.com)
1000 Louisiana Street, Suite 6800
Houston, TX 77002
Tel: (713) 655-5120

*Counsel for Defendant Laura Izurieta*

**STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS**

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Honorable Noël Wise
United States District Judge

**STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS**

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: April 30, 2025                          /s/ *Lawrence Heftman*
                                                              Lawrence Heftman

---

**STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS**